**O&G LEASING, LLC**
**Weekly Cash Budget**

Exhibit A

| | 1 Wk Ending 21-May-10 | 2 Wk Ending 28-May-10 | 3 Wk Ending 4-Jun-10 | 4 Wk Ending 11-Jun-10 | 5 Wk Ending 18-Jun-10 | 6 Wk Ending 25-Jun-10 | 7 Wk Ending 2-Jul-10 | 8 Wk Ending 9-Jul-10 | 9 Wk Ending 16-Jul-10 | 10 Wk Ending 23-Jul-10 | 11 Wk Ending 30-Jul-10 | 12 Wk Ending 6-Aug-10 | 13 Wk Ending 13-Aug-10 | Total | Annualized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 500,000 | $ 762,237 | $ 649,554 | $ 555,230 | $ 401,881 | $ 556,010 | $ 427,661 | $ 489,035 | $ 360,686 | $ 683,066 | $ 554,717 | $ 655,183 | $ 492,834 | $ 500,000 | |
| *Cash by Source:* | | | | | | | | | | | | | | | |
| Operations | $ 726,091 | | $ 662,709 | | $ 609,949 | | $ 869,442 | | $ 803,200 | | $ 874,650 | | $ 927,750 | $ 5,473,791 | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Total Cash In-Flows | $ 726,091 | $ - | $ 662,709 | $ - | $ 609,949 | $ - | $ 869,442 | $ - | $ 803,200 | $ - | $ 874,650 | $ - | $ 927,750 | $ 5,473,791 | |
| *Disbursements:* | | | | | | | | | | | | | | | |
| Net Payroll Rigs | $ 135,869 | | $ 135,869 | | $ 152,352 | | $ 152,352 | | $ 152,352 | | $ 152,352 | | $ 152,352 | $ 1,033,498 | |
| Net Payroll G & A | $ 43,760 | | $ 43,760 | | $ 43,760 | | $ 43,760 | | $ 43,760 | | $ 43,760 | | $ 43,760 | $ 306,320 | |
| Net Payroll Shop | $ 10,651 | | $ 10,651 | | $ 10,651 | | $ 10,651 | | $ 10,651 | | $ 10,651 | | $ 10,651 | $ 74,557 | |
| Per DEIM | $ 25,800 | | $ 25,800 | | $ 27,900 | | $ 27,900 | | $ 27,900 | | $ 27,900 | | $ 27,900 | $ 191,100 | |
| Federal Income Taxes | $ 31,528 | | $ 31,528 | | $ 34,387 | | $ 34,387 | | $ 34,387 | | $ 34,387 | | $ 34,387 | $ 234,991 | |
| State Income Taxes | $ 8,009 | | $ 8,009 | | $ 8,735 | | $ 8,735 | | $ 8,735 | | $ 8,735 | | $ 8,735 | $ 59,693 | |
| FICA Taxes | $ 38,116 | | $ 38,116 | | $ 41,573 | | $ 41,573 | | $ 41,573 | | $ 41,573 | | $ 41,573 | $ 284,097 | |
| FUTA | $ 1,246 | | $ 1,246 | | $ 1,359 | | $ 1,359 | | $ 1,359 | | $ 1,359 | | $ 1,359 | $ 9,287 | |
| SUTA | $ 1,744 | | $ 1,744 | | $ 1,902 | | $ 1,902 | | $ 1,902 | | $ 1,902 | | $ 1,902 | $ 12,998 | |
| Employee Health Insurance | | | $ 38,552 | | | | $ 50,118 | | | | $ 50,118 | | | $ 138,788 | based on invoice for 3 rigs and 33% increase for 4th rig |
| Employee Dental Insurance | | | $ 3,340 | | | | $ 4,342 | | | | $ 4,342 | | | $ 12,024 | based on invoice for 3 rigs and 33% increase for 4th rig |
| Child Support | $ 3,594 | | $ 3,594 | | $ 3,920 | | $ 3,920 | | $ 3,920 | | $ 3,920 | | $ 3,920 | $ 26,788 | |
| Garnishment | $ 854 | | $ 854 | | $ 932 | | $ 932 | | $ 932 | | $ 932 | | $ 932 | $ 6,368 | |
| Shop Lease | | | $ 5,000 | | | | $ 5,000 | | | | $ 5,000 | | | $ 15,000 | |
| Shop Utilities | | | $ 2,451 | | | | $ 2,451 | | | | $ 2,451 | | | $ 7,352 | |
| Lodging | | | $ 575 | | | | $ 575 | | | | $ 575 | | | $ 1,725 | |
| Uniforms | | | $ 438 | | | | $ 438 | | | | $ 438 | | | $ 1,315 | |
| Copier Lease | | | $ 479 | | | | $ 479 | | | | $ 479 | | | $ 1,437 | |
| Mobile Phones | | | $ 2,748 | | | | $ 2,748 | | | | $ 2,748 | | | $ 8,244 | |
| Other | | | $ 413 | | | | $ 413 | | | | $ 413 | | | $ 1,239 | |
| Truck Leases | | | $ 17,000 | | | | $ 17,000 | | | | $ 17,000 | | | $ 51,000 | |
| Mobile Equipment Leases | | | $ 9,000 | | | | $ 9,000 | | | | $ 9,000 | | | $ 27,000 | |
| Back Office Fees (A) | | | $ 45,000 | | | | $ 45,000 | | | | $ 45,000 | | | $ 135,000 | Dell |
| Insurance Liability, Property and Workers Comp. | | | $ 86,000 | | | | $ 86,000 | | | | $ 86,000 | | | $ 258,000 | Based on Note/Policy |
| **Property Taxes** | | | $ 94,334 | | | | $ 94,334 | | | | $ 94,450 | | | $ 283,118 | Based on Actual Bills |
| Legal Fees | | | $ 25,000 | | | | $ 25,000 | | | | | $ 25,000 | | $ 75,000 | Estimated |
| Office Supplies | | | $ 3,500 | | | | $ 3,500 | | | | | $ 3,500 | | $ 10,500 | Kevin |
| Dues and Publications | | | $ 1,100 | | | | $ 1,100 | | | | | $ 1,100 | | $ 3,300 | Kevin |
| Automobile Operating Costs | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 6,538 | $ 84,994 | Kevin |
| Phones | | | $ 4,400 | | | | $ 4,400 | | | | | $ 4,400 | | $ 13,200 | Kevin |
| Bank Fees | | | $ 350 | | | | $ 350 | | | | $ 350 | | | $ 1,050 | Kevin |
| Travel | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 1,386 | $ 18,018 | |
| Rig Operating Rental Equipment | $ 5,650 | $ 5,650 | $ 5,650 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 6,850 | $ 85,450 | |
| Rig Saftey and Training Costs | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 1,861 | $ 22,795 | |
| Rig Operating Maintnence | $ 16,800 | $ 16,800 | $ 16,800 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 22,400 | $ 274,400 | |
| Rig Operating Drilling Supplies | $ 14,700 | $ 14,700 | $ 14,700 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 19,600 | $ 240,100 | |
| Top Drive/ Stack Lease | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 364,000 | 4000 per day |
| Rig Improvements and Capital Exp. | $ 10,500 | $ 10,500 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 175,000 | 500 per day per Rig |
| Legal and Professional Fees | $ 52,714 | $ 27,714 | $ 27,714 | $ 52,714 | $ 27,714 | $ 27,714 | $ 27,714 | $ 27,714 | $ 52,714 | $ 27,714 | $ 27,714 | $ 27,714 | $ 52,714 | $ 460,282 | |
| US Trustee | $ 25,000 | | | | | | | | | | | | | $ 25,000 | Kevin |
| | | | | | | | | | | | | | | $ - | Estimated |
| Total Disbursements | $ 463,854 | $ 112,683 | $ 757,034 | $ 153,349 | $ 455,820 | $ 128,349 | $ 808,068 | $ 128,349 | $ 480,820 | $ 128,349 | $ 774,184 | $ 162,349 | $ 480,820 | $ 5,034,027 | |
| Net Weekly Cash Flow | $ 262,237 | $ (112,683) | $ (94,325) | $ (153,349) | $ 154,129 | $ (128,349) | $ 61,374 | $ (128,349) | $ 322,380 | $ (128,349) | $ 100,466 | $ (162,349) | $ 446,930 | $ 439,764 | |
| Ending Balance | $ 762,237 | $ 649,554 | $ 555,230 | $ 401,881 | $ 556,010 | $ 427,661 | $ 489,035 | $ 360,686 | $ 683,066 | $ 554,717 | $ 655,183 | $ 492,834 | $ 939,764 | $ 939,764 | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 439,764 | Net |

Assumption of 3 Rigs Running the first two weeks and 4 Rigs Running thereafter.

| | |
|---|---|
| 173,618 | Tax Adjustment |
| 613,382 | |
| 179,000 | add legal |
| 792,382 | |
| 175,000 | Cap X |
| 967,382 | Adjusted EBITDA |

Payroll % Per Deim is in travel on Fin.

| | |
|---|---|
| $ 1,033,498 | |
| $ 306,320 | |
| $ 74,557 | |
| $ 234,991 | |
| $ 59,693 | |
| $ 284,097 | |
| $ 9,287 | |
| $ 12,998 | |
| $ 138,788 | |
| $ 12,024 | |
| $ 26,788 | |
| $ 6,368 | |
| 2,199,409 | |
| $ 0.40 | |
| 17.67% | |

(A) Includes accounting staff (2) and related office equipment costs, clerical staff and managerial support

O&G Cash Budget - Exhibit A Cash Collateral Mot