**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAY 27 2010

DANNY L. MILLER, CLERK
BY_____
DEPUTY CLERK

In re:                                    )
                                          )
                                          )
O&G LEASING, LLC, *et al.*,               )        Case No. 10-01851 EE
                                          )        Chapter 11
        Debtors.                          )        Jointly Administered
                                          )

## ORDER GRANTING APPLICATION TO EMPLOY
## YOUNGWILLIAMS, P.A. AS GENERAL AND CORPORATE COUNSEL

THIS CAUSE having come on for consideration of the *Application to Employ
YoungWilliams, P.A. as General and Corporate Counsel* [Dkt #27] (the "**Application**") for the
above-captioned debtors and debtors-in-possession, and the Court, having considered said
Application and otherwise being fully advised, is of the opinion that the Application is well taken
and should be approved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the employment of
YoungWilliams, P.A. as corporate counsel for the Debtors and debtors-in-possession, be and it is
hereby approved.

IT IS FURTHER ORDERED AND ADJUDGED that YoungWilliams, P.A. shall, within
ten days of the entry hereof, file with the Court the statement of compensation required by 11
U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure, if said statement has not
been filed.

IT IS FURTHER ORDERED AND ADJUDGED that YoungWilliams, P.A. shall be
entitled to receive reasonable compensation and to receive reimbursement of the actual,
necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Rule

1

2016 of the Federal Rules of Bankruptcy Procedure, and any other applicable or related statutes, rules and orders of this Court.

IT IS FURTHER ORERED AND ADJUDGED that this order applies to any funds that might have been received by YoungWilliams, P.A. as a retainer or of a similar nature.

IT IS FURTHER ORDERED AND ADJUDGED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

SO ORDERED on this the 27th day of May, 2010.

EDWARD ELLINGTON
United States Bankruptcy Judge

Agreed and Approved for Entry:

Douglas C. Noble, MS Bar No. 10526
**McCraney, Montagnet & Quin, PLLC**
Counsel for Debtors and Debtors-in-Possession

Jim F. Spencer, MS Bar No. 7736
**Watkins & Eager PLLC**
Counsel for First Security Bank, as Trustee