## United States Bankruptcy Court
### Southern District of Mississippi

IN RE:                                                          Case No. **10-01851**

O & G Leasing, LLC _____   Chapter **11**
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 14,414,893.48 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 45,854,192.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 7,808.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 10,718,539.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 13 | $ 14,414,893.48 | $ 56,580,540.38 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** O & G Leasing, LLC
_____
Debtor(s)

Case No. **10-01851**
_____
(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE O & G Leasing, LLC

Case No. **10-01851**

Debtor(s)                                                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Security Bank** | | 10,311.00 |
| | | **Iberia Bank** | | 2,850.65 |
| | | **Iberia Bank** | | 3,167.57 |
| | | **Regions Bank** | | 3,301.81 |
| | | **Regions Bank - CD** | | 90,553.00 |
| | | **Worthington Bank** | | 5,351.45 |
| | | **Clerk of the Courts parish of Lincoln Bond** | | 121,097.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Performance Drilling Company, LLC - Membership Interest** | | unknown |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE O & G Leasing, LLC

Debtor(s)                                                                  Case No. **10-01851**
                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential civil claim(s) arising from purchase of drilling rig<br>Potential civil claim(s) for conflicts of interest<br>Potential claim(s) arising from failed financing commitments | | unknown<br>unknown<br>unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Bond Issuance Cost | | unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1980 Peterbilt Truck<br>1980 Peterbilt Truck | | 8,554.00<br>8,554.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture | | 897.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Drilling Equipment | | 14,160,256.00 |
| 30. Inventory. | | Warehouse inventory | | unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE O & G Leasing, LLC                                           Case No. 10-01851
_____                          _____
            Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 14,414,893.48 |

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.

_____0_____ continuation sheets attached

B6C (Official Form 6C) (04/10)

IN RE **O & G Leasing, LLC**                                             Case No. **10-01851**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE O & G Leasing, LLC
_____
Debtor(s)                                                                 Case No. 10-01851
                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Security Bank as Trustee**<br>P.O. Box 1009<br>Searcy, AR 72145 | X | | **Lien on Equipment and Other Assets**<br>**Drilling Equipment and Other Assets**<br><br>VALUE $ **11,484,641.00** | | | X | 36,966,802.00 | 25,482,161.00 |
| ACCOUNT NO.<br>**Larry C. Dean**<br>Bossier Parish Tax Collector<br>P.O. Box 325<br>Benton, LA 71006 | | | <br>VALUE $ | | | X | 97,124.00 | 97,124.00 |
| ACCOUNT NO.<br>**Mike Stone**<br>Lincoln Parish Tax Collector<br>P.O. Box 2070<br>Ruston, LA 71270-2070 | | | <br>VALUE $ | | | X | 83,909.57 | 83,909.57 |
| ACCOUNT NO.<br>**Octane Funding LLC**<br>125 South Congress St. STE 1610<br>Jackson, MS 39201 | | | **Lien on Drilling Equipment**<br><br>VALUE $ **708,251.00** | | | X | 2,279,721.00 | 1,571,470.00 |

_____**1**_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ 39,427,556.57 | $ 27,234,664.57 |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) Cont.

IN RE O & G Leasing, LLC
_____
Debtor(s)

Case No. 10-01851
_____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Octane II Funding LLC** **125 South Congress St. STE 1610** **Jackson, MS  39201** | | | **Lien on Drilling Equipment** **VALUE $  568,031.00** | | | X | 1,828,380.00 | 1,260,349.00 |
| ACCOUNT NO. **Tony Mancuso** **Calcasieu Parish Tax Collector** **P.O. Box 1450** **Lake Charles, LA  70602-1450** | | | **VALUE $** | | | X | 94,078.00 | 94,078.00 |
| ACCOUNT NO. **Washington State Bank** **103 N. Main St.** **Washington, LA  70589** | X | | **Lien on Drilling Rig #48** **VALUE $  1,399,333.00** | | | | 4,504,178.00 | 3,104,845.00 |
| ACCOUNT NO. | | | **VALUE $** | | | | | |
| ACCOUNT NO. | | | **VALUE $** | | | | | |
| ACCOUNT NO. | | | **VALUE $** | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ 6,426,636.00 | $ 4,459,272.00

Total
(Use only on last page) $ 45,854,192.57 | $ 31,693,936.57

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE O & G Leasing, LLC                                          Case No. **10-01851**
_____                         _____
           Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6E (Official Form 6E) (04/07) - Cont.     Case 10-01851     Doc 87    Filed 06/22/10    Entered 06/22/10 17:15:24    Desc Main
Document     Page 10 of 25

IN RE O & G Leasing, LLC                        Case No. 10-01851

            Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bossier City - Parish Sales & Tax Division P.O. Box 71313 Bossier City, LA 71171-1313** | | | | | | | 0.00 | | |
| ACCOUNT NO. 0929 <br> **Comptroller Of Public Accounts P.O. Box 149354 Austin, TX 78714-9354** | | | **May 2010** | | | | 1,592.00 | 1,592.00 | |
| ACCOUNT NO. 7001 <br> **Louisiana Department Of Revenue Sales Tax Division P.O. Box 201 Baton Rogue, LA 70821-0201** | | | **May 2010** | | | | 1,876.00 | 1,876.00 | |
| ACCOUNT NO. 7743 <br> **Mississippi State Tax Commission P. O. Box 23075 Jackson, MS 39225-3075** | | | **May 2010** | | | | 3,294.00 | 3,294.00 | |
| ACCOUNT NO. 3786 <br> **Red River Tax Agency P.O. Box 570 Coushatta, LA 71019** | | | **May 2010** | | | | 1,046.00 | 1,046.00 | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                   Subtotal
                (Totals of this page)    $ **7,808.00**    $ **7,808.00**    $

                      Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **7,808.00**

                      Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **7,808.00**    $

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arkoma Services<br>P.O. Box 3166<br>Fort Smith, AR  72913 | | | Trade Debt | | | | 660.00 |
| ACCOUNT NO.<br><br>BDS, Inc.<br>P.O. Box 180953<br>Fort Smith, AR  72918 | | | Trade Debt | | | | 500.00 |
| ACCOUNT NO.<br><br>Elkins Electric Corp Of MS<br>P.O. Box 546<br>Sandersville, MS  39477 | | | Trade Debt | | | | 7,401.00 |
| ACCOUNT NO.<br><br>Letourneau Technologies<br>2400 S. McArthur Dr.<br>Longview, TX  75602 | | | | | | X | 163,685.81 |

__1__ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $  172,246.81 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE O & G Leasing, LLC
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lincoln Parish Sales & Use Tax Commissio P.O. Box 863 Ruston, LA 71019 | | | | | | | 0.00 |
| ACCOUNT NO. Performance Drilling Company, LLC 816 N. College Street Brandon, MS 39042 | | | InterCompany Debt | | | | 10,102,636.00 |
| ACCOUNT NO. Petroleum Oiltools, Inc. P.O. Box 11294 Spring, TX 77391 | | | 6/1/09 | | | | 126,283.00 |
| ACCOUNT NO. SAJAC O&G Investors, LLC 125 S. Congress St., Ste. 1610 Jackson, MS 39201 | | | | | | | 289,457.00 |
| ACCOUNT NO. Slattery, Marino & Roberts 1100 Poydras Street, Suite 1800 New Orleans, LA 70163-1800 | | | Trade Debt | | | | 27,917.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,546,293.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 10,718,539.81

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE O & G Leasing, LLC
Debtor(s)

Case No. **10-01851**
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Performance Drilling Company, LLC**<br>**816 N. College Street**<br>**Brandon, MS  39042** | **Lease of drilling rigs** |
| **Dell Group Holdings, LLC**<br>**125 S. Congress Street, Suite 1610**<br>**Jackson, MS  39201** | **Mangement Agreement** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                                                                  (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). ˙

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Performance Drilling Company, LLC**<br>125 S. Congress St., Ste. 1610<br>Jackson, MS  39210 | **Washington State Bank**<br>103 N. Main St.<br>Washington, LA  70589<br><br>**First Security Bank as Trustee**<br>P.O. Box 1009<br>Searcy, AR  72145 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Mississippi**

IN RE:                                                                Case No. __10-01851__

__O & G Leasing, LLC__ _____    Chapter __11__
                            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 818,548.00 | 1/1/10-5/21/10 Lease Income |
| 2,100,000.00 | 1/1/09-12/31-09 Lease Income |
| 1,410,500.00 | 1/1/08-12/31/08 Lease Income |

---

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,588.00 | 1/1/09-12/31/09 Interest |
| 84,683.00 | 1/1/08-12/31/08 Interest |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment | | 0.00 | 0.00 |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment | | 0.00 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Security Bank, as Trustee vs. O&G Leasing, LLC, Performance Drilling Company, LLC, Sajac O&G Investors, LLC, Octane Funding, LLC and Octane Funding II, LLC; Cause No. 3:10-cv-00240-DPJ-FKB** | **Collection/Foreclosure** | **United States District Court for the Southern District of Mississippi** | **Open** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attachment** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Community Bank**<br>**323 East Third Street**<br>**Forest, MS  39074** | **Checking** | **$2,485.78** |
| **Iberia Bank**<br>**5800 "R" Street**<br>**Little Rock, AR  72207** | **Checking** | **$2,850.65** |
| **Iberia Bank**<br>**5800 "R" Street**<br>**Little Rock, AR  72207** | **Money Market** | **$3,167.57** |
| **Regions Bank**<br>**1020 Highland Colony**<br>**Ridgeland, MS  39157** | **Checking** | **$3,301.81** |
| **Worthington National Bank**<br>**200 West Main Street**<br>**Arlington, TX  76010** | **Checking** | **$5,351.45** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Washington State Bank**<br>**103 N. Main St.**<br>**Washington, LA  70589** | **May 17, 2010** | **2,483.36** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeff Goodwin**<br>**120 S. Congress, Ste. 1610**<br>**Jackson, MS 39201** | **12/1/09-5/21/10** |
| **William Wicker**<br>**120 S. Congress, Ste. 1610**<br>**Jackson, MS 39201** | **08/06-5/21/10** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Summers, Green & Leroux, LLP**<br>**4500 I-55 North, Ste. 213**<br>**Jackson, MS 39201** | **4/28/09-Current** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS |
|---|
| **Jeff Goodwin**<br>**120 S. Congress, Ste. 1610**<br>**Jackson, MS 39201** |
| **William Wicker**<br>**120 S. Congress, Ste. 1610**<br>**Jackson, MS 39201** |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Washington State Bank**<br>**103 N. Main St.**<br>**Washington, LA 70589** | **Quarterly** |
| **First Security Bank, Trustee**<br>**P.O. Box 1009**<br>**Searey, AR 72145** | **Quarterly** |
| **Regions Bank**<br>**210 E. Capitol St.**<br>**Jackson, MS 39201** | **Annually** |
| **GMAC**<br>**P.O. Box 90019**<br>**Louisville,, KY 40290** | **Annually** |
| **Crews & Associates, Inc.**<br>**521 President Clinton Avenue**<br>**Little Rock, AR 72201** | **Quarterly** |

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **SAJAC O&G Investors, LLC**<br>**125 S. Congress St., Ste. 1610**<br>**Jackson, MS  39201** | **Member** | **100.000000** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Date: **June 22, 2010**          Signature: ***/s/ Jeff Goodwin***

**Jeff Goodwin, Chief Financial Officer**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

Statement of Financial Affairs

Attachment for Item #3b-Payments to Creditors

| Name | Address | Date | Num | Amount | Amount Still Due |
|---|---|---|---|---|---|
| Akers & Bobo,PLLC | P.O. Box 280 | 05/17/2010 | 1006 | $        5,879.29 | $        - |
| | Brandon, MS 39043 | | | | |
| | | | | | |
| Caldwell Parish Sales Tax Fund | P.O. Box 280 | 05/20/2010 | 1007 | 914.68 | - |
| Caldwell Parish Sales Tax Fund | Vidalia, LA 71373 | 03/11/2010 | 1571 | 1,715.00 | |
| Caldwell Parish Sales Tax Fund | | 04/08/2010 | 1582 | 1,715.00 | |
| | | | | | |
| Choice Professional Overnight Copy Servic | P.O. Box 62940 | 04/22/2010 | 1591 | 256.97 | - |
| | New Orleans, LA 70162 | | | | |
| | | | | | |
| Comptroller of Public Accounts | P.O. Box 149354 | 05/20/2010 | ACH052010 | 2,350.68 | - |
| Comptroller of Public Accounts | Austin, TX  78714-9354 | 03/11/2010 | ACH031110 | 2,350.68 | |
| Comptroller of Public Accounts | | 04/08/2010 | ACH4/8/10 | 2,350.68 | |
| | | | | | |
| Dell Group Holdings, LLC | 125 S. Congress St., Ste. 1610 | 05/07/2010 | 1000 | 45,224.00 | 45,293.00 |
| Dell Group Holdings, LLC | Jackson, MS 39201 | 03/26/2010 | 1579 | 64,355.12 | |
| Dell Group Holdings, LLC | | 04/08/2010 | 1583 | 48,206.78 | |
| | | | | | |
| DeSoto Parish Sales & Use Tax Commission | P.O. Box 927 | 05/20/2010 | 1008 | 1,247.40 | - |
| DeSoto Parish Sales & Use Tax Commission | Mansfield, LA 71052 | 04/08/2010 | 1584 | 1,117.74 | |
| | | | | | |
| General Capital Partners LLC | 600 17th Street | 05/20/2010 | Wire052010 | 23,000.00 | - |
| General Capital Partners LLC | Suite 2350S | 05/21/2010 | Wire052110 | 1,413.76 | |
| General Capital Partners LLC | Denver, CO 80202 | 03/15/2010 | WireSq6989 | 38,800.00 | |
| General Capital Partners LLC | | 04/14/2010 | WireSq5856 | 38,800.00 | |
| | | | | | |
| IPREO | 1359 Broadway 2nd Floor | 04/30/2010 | ACH43010 | 5,000.00 | - |
| | New York, NY 10018 | | | | |
| | | | | | |
| Lefoldt & Co. PA | P.O. Box 2848 | 05/11/2010 | 1004 | 5,000.00 | - |
| | Ridgeland, MS 39157 | | | | |
| | | | | | |
| Lincoln Parish Sales & Use Tax Commission | P.O. Box 863 | 05/20/2010 | 1009 | 1,029.00 | 697.00 |
| Lincoln Parish Sales & Use Tax Commission | Ruston, LA 71273-0863 | 03/11/2010 | 1572 | 808.50 | |
| Lincoln Parish Sales & Use Tax Commission | | 04/08/2010 | 1585 | 464.71 | |
| | | | | | |
| McCraney Montagnet & Quin, PLLC | 602 Steed Road, Suite 200 | 05/07/2010 | 1001 | 11,804.20 | - |
| McCraney Montagnet & Quin, PLLC | Ridgeland, MS 39157 | 05/20/2010 | 1010 | 13,172.50 | |
| McCraney Montagnet & Quin, PLLC | | 03/15/2010 | 1577 | 907.50 | |
| McCraney Montagnet & Quin, PLLC | | 03/15/2010 | 1578 | 15,000.00 | |
| McCraney Montagnet & Quin, PLLC | | 04/14/2010 | 1589 | 12,925.00 | |
| | | | | | |
| Mississippi State Tax Commission | P.O. Box 23075 | 05/20/2010 | 1011 | 3,543.00 | 3,294.00 |
| Mississippi State Tax Commission | Jackson, MS  39225-3075 | 03/11/2010 | 1573 | 2,401.00 | |
| Mississippi State Tax Commission | | 04/08/2010 | 1586 | 2,401.00 | |
| | | | | | |
| Petroleum Oiltools Inc. | P.O. Box 11294 | 05/07/2010 | 1002 | 30,000.00 | 126,283.00 |
| Petroleum Oiltools Inc. | Spring, TX 77391 | 03/11/2010 | 1576 | 30,000.00 | |
| Petroleum Oiltools Inc. | | 04/15/2010 | 1590 | 30,000.00 | |
| | | | | | |
| Red River Tax Agency | P.O. Box 570 | 05/20/2010 | 1012 | 154.38 | 1,046.00 |
| | Coushatta, LA 71019 | | | | |
| | | | | | |
| Smith International, Inc. | P.O. Box 200760 | 05/11/2010 | 1005 | 65,536.00 | - |
| | Dallas, TX  75320-0760 | | | | |

Statement of Financial Affairs

Attachment for Item #3b-Payments to Creditors

| Name | Address | Date | Num | Amount | Amount Still Due |
|---|---|---|---|---|---|
| State of Louisiana, Dept of Revenue | P.O. Box 201 | 05/20/2010 | 1013 | 3,508.00 | 1,876.00 |
| State of Louisiana, Dept of Revenue | Baton Rouge, LA 70821-0201 | 03/11/2010 | 1574 | 4,154.00 | |
| State of Louisiana, Dept of Revenue | | 04/08/2010 | 1587 | 4,154.00 | |
| Summers, Green, & LeRoux, LLP | 4500 I-55 North, Suite 213 | 05/07/2010 | 1003 | 1,550.00 | - |
| | Jackson, MS 39211 | | | | |
| Superior Asset Appraisals | ATTN: Tedra Kruse | 03/31/2010 | 1581 | 1,000.00 | - |
| | 11202 Disco Drive | | | | |
| | San Antonio, Texas 78216 | | | | |
| Washington State Bank | 103 N Main Street | 05/17/2010 | Draft051710 | 59,850.28 | 4,504,178.00 |
| | Washington, LA 70589 | | | | |
| Webster Parish Sales & Use Tax Commission | P.O. Box 357 | 03/11/2010 | 1575 | 221.62 | - |
| Webster Parish Sales & Use Tax Commission | Minden, LA 71058-0357 | 04/08/2010 | 1588 | 567.17 | |
| Young Williams P.A. | P.O. Box 23059 | 05/21/2010 | Wire052110 | 40,757.09 | - |
| Young Williams P.A. | Jackson, MS 39225-3059 | 02/26/2010 | 1036 | 13,291.00 | |
| Young Williams P.A. | | 03/30/2010 | 1580 | 15,951.00 | |
| Young Williams P.A. | | 04/22/2010 | 1592 | 31,136.00 | |
| | | | | $ 685,984.73 | $ 4,682,667.00 |

Statement of Financial Affairs
Attachment for Item #3c-Payments to Insiders

| Name | Address | Date | Number | Amount | Amount Still Owing |
|---|---|---|---|---|---|
| Dell Group Holdings, LLC | 120 S. Congress Street, Suite 1610 | 02/05/2010 | IBWire0205 | $ 100,000.00 | $ 45,293.00 |
| Dell Group Holdings, LLC | Jackson, MS 39201 | 03/26/2010 | 1579 | 64,355.12 | |
| Dell Group Holdings, LLC | | 04/08/2010 | 1583 | 48,206.78 | |
| Dell Group Holdings, LLC | | 05/07/2010 | 1000 | 45,224.00 | |
| | | | | $ 257,785.90 | |
| Performance Drilling Company, LLC | 120 S. Congress Street, Suite 1610 | 05/22/2009 | | $ (50,000.00) | $ 10,102,636.00 |
| Performance Drilling Company, LLC | Jackson, MS 39201 | 05/29/2009 | | (246,625.00) | |
| Performance Drilling Company, LLC | | 06/04/2009 | | (260,723.02) | |
| Performance Drilling Company, LLC | | 06/04/2009 | | 8,000.00 | |
| Performance Drilling Company, LLC | | 06/11/2009 | | 19,000.00 | |
| Performance Drilling Company, LLC | | 06/15/2009 | | (189,000.00) | |
| Performance Drilling Company, LLC | | 06/18/2009 | | 15,000.00 | |
| Performance Drilling Company, LLC | | 06/19/2009 | | (825,000.00) | |
| Performance Drilling Company, LLC | | 06/24/2009 | | 138,000.00 | |
| Performance Drilling Company, LLC | | 07/02/2009 | | (90,000.00) | |
| Performance Drilling Company, LLC | | 07/08/2009 | | 130,000.00 | |
| Performance Drilling Company, LLC | | 07/16/2009 | | 175,000.00 | |
| Performance Drilling Company, LLC | | 07/16/2009 | | 67,000.00 | |
| Performance Drilling Company, LLC | | 07/17/2009 | | (407,000.00) | |
| Performance Drilling Company, LLC | | 07/21/2009 | | 32,000.00 | |
| Performance Drilling Company, LLC | | 07/27/2009 | | (20,000.00) | |
| Performance Drilling Company, LLC | | 07/30/2009 | | (160,000.00) | |
| Performance Drilling Company, LLC | | 08/17/2009 | | (65,000.00) | |
| Performance Drilling Company, LLC | | 08/31/2009 | | (37,000.00) | |
| Performance Drilling Company, LLC | | 09/11/2009 | | (35,000.00) | |
| Performance Drilling Company, LLC | | 09/15/2009 | | (88,000.00) | |
| Performance Drilling Company, LLC | | 09/15/2009 | | (538,000.00) | |
| Performance Drilling Company, LLC | | 10/02/2009 | | (28,000.00) | |
| Performance Drilling Company, LLC | | 10/08/2009 | | (62,000.00) | |
| Performance Drilling Company, LLC | | 10/19/2009 | | (51,000.00) | |
| Performance Drilling Company, LLC | | 10/23/2009 | | (100,000.00) | |
| Performance Drilling Company, LLC | | 11/05/2009 | | (53,000.00) | |
| Performance Drilling Company, LLC | | 11/06/2009 | | (150,000.00) | |
| Performance Drilling Company, LLC | | 11/13/2009 | | (1,000,000.00) | |
| Performance Drilling Company, LLC | | 11/19/2009 | | 85,000.00 | |
| Performance Drilling Company, LLC | | 12/03/2009 | | 34,000.00 | |
| Performance Drilling Company, LLC | | 12/17/2009 | | 85,000.00 | |
| Performance Drilling Company, LLC | | 12/18/2009 | | 132,000.00 | |
| Performance Drilling Company, LLC | | 12/18/2009 | | 40,000.00 | |
| Performance Drilling Company, LLC | | 12/23/2009 | | (600,000.00) | |
| Performance Drilling Company, LLC | | 12/29/2009 | | 130,000.00 | |
| Performance Drilling Company, LLC | | 12/30/2009 | | 68,000.00 | |
| Performance Drilling Company, LLC | | 12/30/2009 | | 96,000.00 | |
| Performance Drilling Company, LLC | | 01/04/2010 | | 63,000.00 | |
| Performance Drilling Company, LLC | | 01/06/2010 | | 71,000.00 | |
| Performance Drilling Company, LLC | | 01/15/2010 | | 20,000.00 | |
| Performance Drilling Company, LLC | | 01/19/2010 | | (153,000.00) | |
| Performance Drilling Company, LLC | | 01/22/2010 | | (415,000.00) | |
| Performance Drilling Company, LLC | | 01/28/2010 | | 156,000.00 | |
| Performance Drilling Company, LLC | | 02/03/2010 | | (145,000.00) | |
| Performance Drilling Company, LLC | | 02/05/2010 | | (100,000.00) | |
| Performance Drilling Company, LLC | | 02/11/2010 | | (14,000.00) | |
| Performance Drilling Company, LLC | | 02/16/2010 | | (120,000.00) | |
| Performance Drilling Company, LLC | | 02/18/2010 | | 2,350.68 | |
| Performance Drilling Company, LLC | | 02/26/2010 | | (13,500.00) | |
| Performance Drilling Company, LLC | | 03/12/2010 | | (42,000.00) | |
| Performance Drilling Company, LLC | | 03/15/2010 | | (55,000.00) | |
| Performance Drilling Company, LLC | | 03/26/2010 | | (66,000.00) | |
| Performance Drilling Company, LLC | | 03/30/2010 | | (14,000.00) | |
| Performance Drilling Company, LLC | | 03/30/2010 | | (1,000.00) | |
| Performance Drilling Company, LLC | | 04/09/2010 | | (61,000.00) | |
| Performance Drilling Company, LLC | | 04/14/2010 | | (82,000.00) | |
| Performance Drilling Company, LLC | | 04/22/2010 | | (32,000.00) | |
| Performance Drilling Company, LLC | | 04/30/2010 | | (8,000.00) | |
| Performance Drilling Company, LLC | | 05/07/2010 | | (89,000.00) | |
| Performance Drilling Company, LLC | | 05/11/2010 | | (70,000.00) | |
| Performance Drilling Company, LLC | | 05/17/2010 | | (986.00) | |
| Performance Drilling Company, LLC | | 05/17/2010 | | (56,381.02) | |

Statement of Financial Affairs
Attachment for Item #3c-Payments to Insiders

| Name | Address | Date | Number | Amount | Amount Still Owing |
|------|---------|------|--------|--------|--------------------|
| Performance Drilling Company, LLC | | 05/17/2010 | | (6,000.00) | |
| Performance Drilling Company, LLC | | 05/20/2010 | | (71,000.00) | |
| Performance Drilling Company, LLC | | 05/20/2010 | | (9,000.00) | |
| Performance Drilling Company, LLC | | 05/21/2010 | | (9,000.00) | |
| Performance Drilling Company, LLC | | 05/21/2010 | | (2,000.00) | |
| | | | | $  (5,123,864.36) | |
| | | | | | |
| Octane Funding II, LLC | 120 S. Congress Street, Suite 1610 | 06/15/2009 | | $  (200,000.00) | $  1,828,380.00 |
| Octane Funding II, LLC | Jackson, MS 39201 | 06/19/2009 | | 800,000.00 | |
| Octane Funding II, LLC | | 06/24/2009 | | (144,000.00) | |
| Octane Funding II, LLC | | 07/02/2009 | | (58,000.00) | |
| Octane Funding II, LLC | | 07/06/2009 | | (100,000.00) | |
| Octane Funding II, LLC | | 07/16/2009 | | (261,000.00) | |
| Octane Funding II, LLC | | 07/17/2009 | | 214,000.00 | |
| Octane Funding II, LLC | | 07/21/2009 | | (34,000.00) | |
| Octane Funding II, LLC | | 07/27/2009 | | (24,000.00) | |
| Octane Funding II, LLC | | 07/30/2009 | | 153,000.00 | |
| Octane Funding II, LLC | | 08/24/2009 | | (70,000.00) | |
| Octane Funding II, LLC | | 09/15/2009 | | 500,000.00 | |
| Octane Funding II, LLC | | 10/23/2009 | | 100,000.00 | |
| Octane Funding II, LLC | | 11/05/2009 | | 20,000.00 | |
| Octane Funding II, LLC | | 11/06/2009 | | 150,000.00 | |
| Octane Funding II, LLC | | 11/24/2009 | | 400,000.00 | |
| Octane Funding II, LLC | | 12/31/2009 | | (491,164.14) | |
| Octane Funding II, LLC | | 01/28/2010 | | 260,000.00 | |
| | | | | $  1,214,835.86 | |

In re  **O&G Leasing, LLC**                                                    Case No.  **10-01851-ee**

### Statement of Financial Affairs
### Attachment for Item #9-Payments Related to Debt Counseling or Bankruptcy

| Name | Address | Date | Number | Amount | Amount Still Owing |
|------|---------|------|--------|--------|--------------------|
| General Capital Partners LLC | 600 17th Street | 05/20/2010 | Wire052010 | $    23,000.00 | $    - |
| General Capital Partners LLC | Suite 2350S | 05/21/2010 | Wire052110 | 1,413.76 | |
| General Capital Partners LLC | Denver, CO 80202 | 03/15/2010 | WireSq6989 | 38,800.00 | |
| General Capital Partners LLC | | 04/14/2010 | WireSq5856 | 38,800.00 | |
| | | | | $   102,013.76 | |
| | | | | | |
| McCraney Montagnet & Quin, PLLC | 602 Steed Road, Suite 200 | 05/07/2010 | 1001 | $    11,804.20 | $    - |
| McCraney Montagnet & Quin, PLLC | Ridgeland, MS 39157 | 05/20/2010 | 1010 | 13,172.50 | |
| McCraney Montagnet & Quin, PLLC | | 03/15/2010 | 1577 | 907.50 | |
| McCraney Montagnet & Quin, PLLC | | 03/15/2010 | 1578 | 15,000.00 | |
| McCraney Montagnet & Quin, PLLC | | 04/14/2010 | 1589 | 12,925.00 | |
| | | | | $    53,809.20 | |
| | | | | | |
| Lefoldt & Co., P.A. | P.O. Box 2848 | 05/11/2010 | 1004 | $     5,000.00 | $    - |
| | Ridgeland, MS 39158 | | | | |
| | | | | | |
| Young Williams P.A. | P.O. Box 23059 | 05/21/2010 | Wire052110 | $    40,757.09 | $    - |
| Young Williams P.A. | Jackson, MS 39225-3059 | 03/30/2010 | 1580 | 15,951.00 | |
| Young Williams P.A. | | 04/22/2010 | 1592 | 31,136.00 | |
| | | | | $    87,844.09 | |