IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| O&G LEASING, LLC, *et al.* | ) | Case No. 10-01851 EE |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

FINAL ORDER GRANTING
MOTION PURSUANT TO § 1121(d) FOR EXTENSION OF EXCLUSIVITY PERIODS

THIS CAUSE came before the Court on the *Motion Pursuant to § 1121(d) for Extension of Exclusivity Periods* (the "**Motion**") [Dkt #182], filed herein by the Debtors and debtors-in-possession (collectively, the "**Debtors**") in these jointly administered reorganization proceedings, seeking extension of the Exclusivity Periods (as defined in the Motion) with regard to their exclusive rights to file and solicit acceptances of a plan or plans of reorganization under § 1121 of the Bankruptcy Code; the *Objection* filed thereto by Washington State Bank [Dkt 188]; and the *Objection* filed thereto by First Security Bank, as Trustee [Dkt #198]. The Court, having considered the Motion, the Objections and the premises, finds that the Motion was duly noticed, that good cause has been shown for granting the extensions requested and that the Motion should therefore be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Motion is granted in accordance with § 1121(d) of the Bankruptcy Code, and the Exclusivity Periods are hereby as follows: the Debtors' exclusive right to file a plan or plans under § 1121(b) are extended through and including December 21, 2010, and their right to solicit acceptance of said plan or plans under § 1121(c)(3) is extended through and including February 19, 2011, both without prejudice to the Debtors' right to request further extensions.

/s/ Edward Ellington
_____
Edward Ellington
United States Bankruptcy Judge
Dated: October 18, 2010

1

Approved as to form:


 /s/ *Douglas C. Noble*
Counsel for Debtors

 /s/ *Derek A. Henderson*
Counsel for Washington State Bank

 /s/ *Jim F. Spencer, Jr.*
Counsel for First Security Bank, as Trustee



Order Submitted By:

Douglas C. Noble, MS Bar No. 10526
**McCraney, Montagnet & Quin, PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 707-5725
Email:  dnoble@mmqlaw.com