| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**ROOM 101**<br>**100 EAST CAPITOL STREET** |

**Parties Noticed:**

O & G Leasing LLC, Debtor–in–Possession

Douglas Noble, Esq.

William H. Buckles

Office of U. S. Trustee

Parties listed as Notice of Appearance

**In re:**   O&G Leasing, LLC

**Bankruptcy Case No.:**   10–01851–ee

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Objection to Second Motion pursuant to Section 1121(d) for Extension of Exclusivity Periods (Dkt #310) filed by William Buckles** in regard to the above referenced case on **Tuesday, January 18, 2011** at **01:30 PM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 12/28/10                                                            **EDWARD ELLINGTON**
                                                                                              **U. S. BANKRUPTCY JUDGE**

hn002ee