IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| O&G LEASING, LLC, *et al.* | ) Case No. 10-01851-EE |
| | ) Chapter 11 |
| Debtors. | ) Jointly Administered |
| | ) |

## AGREED ORDER GRANTING MOTION TO SET ASIDE ORDER

THIS CAUSE came before the Court on the *Motion to Set Aside and for Protective Order* [Dkt # 319] (the "**Motion**") filed by the above-captioned Debtors and debtors-in-possession (collectively, the "**Debtors**") seeking to set aside the Court's *Order Granting Thomas Norris' Motion for Rule 2004 Examination – Production of Documents* [Dkt #316] (the "**Order**"). The Court, being advised that the Debtors and Thomas Norris have resolved the issues raised by the Motion and have agreed that the Order should be set aside, finds that good cause therefore exists to grant the Motion and that the Order should be set aside.

IT IS THEREFORE ORDERED that the Order is hereby set aside and deemed void *ab initio*.

SO ORDERED.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: January 18, 2011

1

Agreed and approved for entry:


 /s/ *Eileen N. Shaffer*
Counsel for Thomas Norris

 /s/ *Douglas C. Noble*
Counsel for Debtors



Submitted by:

Douglas C. Noble, MS Bar No. 10526
**McCraney, Montagnet & Quin, PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 707-5725
Email:  dnoble@mmqlaw.com