# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| O & G LEASING, LLC | CASE NO. 1001851EE |

## ORDER RESOLVING
### *ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the hearing on the *Order to Show Cause (#308)* why the *Objection to Second Motion Pursuant to Section 1121(d) for Extension of Exclusivity Periods (in letter form)* filed on December 22, 2010, by S. Blake Murchison on behalf of LBA Capital Partners should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. §1654, Miss. Code § 73-3-55 (Rev. 1994) and Federal Rule of Bankruptcy Procedure 9011.  Having considered that no one appeared on behalf of LBA Capital Partners or Mr. Murchison at the January 18, 2011, show cause hearing, the Court finds that the objection should be stricken.

**IT IS THEREFORE ORDERED** that the *Objection to Second Motion Pursuant to Section 1121(d) for Extension of Exclusivity Periods (in letter form)* filed on December 22, 2010, by S. Blake Murchison on behalf of LBA Capital Partners is hereby stricken.

**SO ORDERED**.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: January 18, 2011