**Exhibit 2 to Disclosure Statement**

Disclosure Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| O&G LEASING, LLC, *et al.* | ) Case No. 10-01851 EE |
| | ) Chapter 11 |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER APPROVING DISCLOSURE STATEMENT AND ESTABLISHING DEADLINES FOR VOTING AND FOR HEARING ON CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION

THIS CAUSE HAVING COME BEFORE THE COURT for consideration of the *Disclosure Statement for Debtors' Plan of Reorganization* [Dkt #__] dated [_____], 2011 (the "**Disclosure Statement**") for the *Plan of Reorganization* [Dkt #__] dated [_____], 2011 (the "**Plan**") proposed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"). The Court, having determined after due and proper notice having been given in accordance with Bankruptcy Rule 3017, that the Disclosure Statement contains adequate information as required by § 1125 of the Bankruptcy Code,

IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:

A.    The Disclosure Statement is hereby approved in accordance with § 1125 of the Bankruptcy Code and contains adequate information with respect to the Plan as required thereby.

B.    Any objections to confirmation of the Plan shall be filed with the Court on or before [_____], [_____], **2011 by 5:00 p.m. Central Time** (the "**Plan Objection Deadline**"), and a copy thereof shall be served *via* e-mail upon the following counsel for the Debtors by such Plan Objection Deadline:

Douglas C. Noble
**McCraney Montagnet & Quin, PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
dnoble@mmqlaw.com

Robert L. Holladay, Jr
**YoungWilliams, P.A.**
Post Office Box 23059
Jackson, Mississippi 39225-3059
(601) 948-6100
rob.holladay@youngwilliams.com

C.    A final hearing to consider confirmation of the Plan and to hear any other matters properly before the Court (the "**Confirmation Hearing**") shall be held on **Tuesday, [_____], 2011, at [_____]** in Courtroom 4D, United States Courthouse, ___ Court Street, Jackson, Mississippi. The Objection to the Disclosure Statement filed by the U.S. Trustee as to whether a discharge is appropriate is reserved for the Confirmation Hearing.

1

  D. The following dates applicable to the solicitation and voting process have been fixed by the Court (such terms are defined in the Disclosure Statement):

- The date by which those parties entitled to vote on the Plan shall have returned their Ballots so as to be actually received by Debtors' counsel in order to be counted (the "**Voting Deadline**") is **5:00 p.m. Central Time, [_____], [_____], 2011**.

- The date by which the Debtors shall have transmitted the Solicitation Packages as set forth below (the "**Solicitation Mailing Date**") is [_____], [_____], **2011**.

  E. The Debtors shall serve upon all creditors and parties-in-interest, by or before the Solicitation Mailing Date, the Solicitation Packages which include copies of (i) this Order, (ii) the Plan, (iii) the Disclosure Statement, (iv) the *Motion to Approve Employment of Voting Agent and Solicitation Procedures* and the *Order Approving Employment of Voting Agent and Solicitation Procedures*, and (v) the appropriate Ballot(s).

  TAKE FURTHER NOTICE THAT copies of the Disclosure Statement, Plan and Plan Supplement and this Order may be obtained (i) by calling The BMC Group, Inc. at 1-888-909-0100, or (ii) by requesting same from counsel for the Debtors set forth above.

  SO ORDERED.

Order submitted by:

Douglas C. Noble, MS Bar No. 10526
**McCraney, Montagnet & Quin, PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
Email: dnoble@mmqlaw.com
www.mmqlaw.com