**Exhibit 3 to Disclosure Statement**

Projections

O G Leasing, LLC and Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

### INCOME STATEMENTS

| | Actual 1st QTR 2011 | Annualized | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Contract Drilling Revenue | $ 6,800,000 | $ 26,198,889 | $ 26,058,263 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 |
| Total Revenue | 6,800,000 | 26,198,889 | 26,058,263 | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 |
| | | | | | | | |
| **Costs of Goods Sold** | | | | | | | |
| Labor | 2,170,039 | 8,800,714 | 8,742,547 | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 |
| Burden (Fringe, Tax, Work. Comp. and Per DEIM) | 849,341 | 3,444,550 | 3,421,450 | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 |
| Repairs/Supplies/Shop/Safety | 709,146 | 2,875,981 | 2,855,986 | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 |
| Insurance | 80,914 | 328,151 | 326,390 | 326,390 | 326,390 | 326,390 | 326,390 |
| Rentals | 183,826 | 745,517 | 741,879 | 593,503 | 593,503 | 593,503 | 593,503 |
| Property Tax | 109,500 | 444,083 | 441,700 | 441,700 | 441,700 | 441,700 | 441,700 |
| Total Cost of Goods Sold | 4,102,766 | 16,638,995 | 16,529,951 | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 |
| | | | | | | | |
| **Gross Profit** | 2,697,234 | 9,559,893 | 9,528,312 | 8,241,828 | 8,241,828 | 8,241,828 | 8,241,828 |
| Gross Profit % | 40% | 36% | 37% | 38% | 38% | 38% | 38% |
| SG&A Expense | 618,316 | 2,507,615 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 |
| | | | | | | | |
| **EBITDA** | 2,078,918 | 7,052,279 | 6,828,312 | 5,541,828 | 5,541,828 | 5,541,828 | 5,541,828 |
| *EBITDA Margin* | 31% | 27% | 26% | 26% | 26% | 26% | 26% |
| | | | | | | | |
| Depreciation & Amortization | 917,710 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| | | | | | | | |
| **Operating Income** | 1,161,208 | 4,452,279 | 4,228,312 | 2,941,828 | 2,941,828 | 2,941,828 | 2,941,828 |
| | | | | | | | |
| **Other Income / (Expense)** | | | | | | | |
| Restructuring Expense | (207,646) | (550,000) | | | | | |
| Extraordinary Expense (mobilization, top drive) | (1,859,117) | - | | | | | |
| Interest Expense | (45,629) | (185,051) | (247,730) | (247,730) | (247,730) | (247,730) | (247,730) |
| Other Revenue (Top Drive, Turnkey...) | 984,995 | | 65,000 | 119,000 | 173,000 | 225,000 | 276,000 |
| Interest Income | 119 | 476 | | | | | |
| | | | | | | | |
| Total Other Income (Expense) | (1,127,278) | (734,575) | (182,730) | (128,730) | (74,730) | (22,730) | 28,270 |
| Income Before Income Tax | 33,930 | 3,717,704 | 4,045,582 | 2,813,098 | 2,867,098 | 2,919,098 | 2,970,098 |
| Income Taxes (39%) | | (1,449,904) | (1,577,777) | (1,097,108) | (1,118,168) | (1,138,448) | (1,158,338) |
| **Net Income** | $ 33,930 | $ 2,267,799 | $ 2,467,805 | $ 1,715,990 | $ 1,748,930 | $ 1,780,650 | $ 1,811,760 |

O G Leasing, LLC and Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

| | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|
| **INCOME STATEMENTS** | | | | | |
| **Revenue** | | | | | |
| Contract Drilling Revenue | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 |
| Total Revenue | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 |
| **Costs of Goods Sold** | | | | | |
| Labor | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 |
| Burden (Fringe, Tax, Work. Comp. and Per DEIM) | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 |
| Repairs/Supplies/Shop/Safety | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 |
| Insurance | 326,390 | 326,390 | 326,390 | 326,390 | 326,390 |
| Rentals | 593,503 | 593,503 | 593,503 | 593,503 | 593,503 |
| Property Tax | 441,700 | 441,700 | 441,700 | 441,700 | 441,700 |
| Total Cost of Goods Sold | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 |
| **Gross Profit** | 8,241,828 | 8,241,828 | 8,241,828 | 8,241,828 | 8,241,828 |
| Gross Profit % | 38% | 38% | 38% | 38% | 38% |
| SG&A Expense | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 |
| **EBITDA** | 5,541,828 | 5,541,828 | 5,541,828 | 5,541,828 | 5,541,828 |
| EBITDA Margin | 26% | 26% | 26% | 26% | 26% |
| Depreciation & Amortization | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| **Operating Income** | 2,941,828 | 2,941,828 | 2,941,828 | 2,941,828 | 2,941,828 |
| **Other Income / (Expense)** | | | | | |
| Restructuring Expense | - | - | - | - | - |
| Extraordinary Expense (mobilization, top drive) | | | | | |
| Interest Expense | (247,730) | (247,730) | (247,730) | (247,730) | (247,730) |
| Other Revenue (Top Drive, Turnkey...) | 328,000 | 380,000 | 431,000 | 483,000 | 535,000 |
| Interest Income | 80,270 | 132,270 | 183,270 | 235,270 | 287,270 |
| Total Other Income (Expense) | 3,022,098 | 3,074,098 | 3,125,098 | 3,177,098 | 3,229,098 |
| Income Before Income Tax | (1,178,618) | (1,198,898) | (1,218,788) | (1,239,068) | (1,259,348) |
| Income Taxes (39%) | $ 1,843,480 | $ 1,875,200 | $ 1,906,310 | $ 1,938,030 | $ 1,969,750 |
| **Net Income** | | | | | |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

| BALANCE SHEETS | 05/31/211 | Projected | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash | $ 3,404,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 |
| Restricted Cash | 10,311 | - | | | | - |
| Debt Service Account WSB | | | 726,893 | 1,243,097 | 1,634,498 | 2,034,576 |
| Debt Service Account S. Deb. | | | 3,444,686 | 6,257,565 | 8,912,094 | 11,602,665 |
| Debt Service Account Sub. Deb. | | | - | - | - | - |
| Accounts Receivable, Net | 6,336,875 | 6,336,875 | 5,354,438 | 4,442,344 | 4,442,344 | 4,442,344 |
| Inventories | 140,622 | 140,622 | 71,500 | 71,500 | 71,500 | 71,500 |
| Prepaid & Other Current | 1,030,293 | 1,030,293 | 909,293 | 909,293 | 909,293 | 909,293 |
| **Total Current Assets** | 10,922,915 | 10,062,604 | 13,061,623 | 15,478,613 | 18,524,543 | 21,615,192 |
| Drilling Rigs and Related Equipment, Net | 33,442,231 | 26,580,000 | 25,230,000 | 23,880,000 | 22,530,000 | 21,180,000 |
| Other Assets, Net | 2,916,016 | 2,824,500 | 2,864,500 | 2,904,500 | 2,944,500 | 2,984,500 |
| **Total Noncurrent Assets** | 36,358,247 | 29,404,500 | 28,094,500 | 26,784,500 | 25,474,500 | 24,164,500 |
| **Total Assets** | $ 47,281,162 | $ 39,467,104 | $ 41,156,123 | $ 42,263,113 | $ 43,999,043 | $ 45,779,692 |
| **Current Liabilities** | | | | | | |
| Accounts Payable | $ 1,867,372 | $ 1,893,284 | $ 1,500,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 |
| Accrued Expenses | 701,502 | 701,502 | 700,000 | 625,000 | 625,000 | 625,000 |
| Property Taxes | | | | | | |
| Notes Payable | 135,891 | 216,000 | 192,000 | 168,000 | 155,000 | 155,000 |
| **Total Current Liabilities** | 2,704,765 | 2,810,786 | 2,392,000 | 2,143,000 | 2,130,000 | 2,130,000 |
| **Unsecured Plan Debt** | | | | | | |
| AP | 1,016,499 | 1,016,499 | 656,499 | 296,499 | 296,499 | 296,499 |
| Octane | 4,108,100 | | | | | |
| Senior Debentures Series 2009A | 28,361,238 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 |
| Subordinate Debentures Series 2009B | 8,605,564 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| Note Payable Sajac | 289,457 | | | | | - |
| **Total Unsecured** | 42,380,858 | 34,581,499 | 34,221,499 | 33,861,499 | 33,861,499 | 33,861,499 |
| **Debt Instruments** | | | | | | |
| Bank Debt | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| **Total Debt** | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| **Shareholders' Equity** | | | | | | |
| Member Equity | (2,308,638) | (2,429,358) | 38,447 | 1,754,437 | 3,503,367 | 5,284,016 |
| **Total Net Assets** | (2,308,638) | (2,429,358) | 38,447 | 1,754,437 | 3,503,367 | 5,284,016 |
| **Total Liabilities & Equity** | $ 47,281,162 | $ 39,467,104 | $ 41,156,123 | $ 42,263,113 | $ 43,999,043 | $ 45,779,692 |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

| BALANCE SHEETS | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 |
| Restricted Cash | - | - | - | - | - | - |
| Debt Service Account WSB | 2,440,692 | 2,852,963 | 3,271,389 | 3,695,851 | 4,126,469 | 4,504,177 |
| Debt Service Account S. Deb. | 14,318,310 | 17,059,519 | 19,826,293 | 22,618,140 | 25,435,551 | 25,955,000 |
| Debt Service Account Sub. Deb. | - | - | - | - | - | 2,382,593 |
| Accounts Receivable, Net | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 |
| Inventories | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 |
| Prepaid & Other Current | 909,293 | 909,293 | 909,293 | 909,293 | 909,293 | 909,293 |
| Total Current Assets | 24,736,952 | 27,890,432 | 31,075,632 | 34,291,942 | 37,539,972 | 40,819,721 |
| Drilling Rigs and Related Equipment, Net | 19,830,000 | 18,480,000 | 17,130,000 | 15,780,000 | 14,430,000 | 13,080,000 |
| Other Assets, Net | 3,024,500 | 3,064,500 | 3,104,500 | 3,144,500 | 3,184,500 | 3,224,500 |
| Total Noncurrent Assets | 22,854,500 | 21,544,500 | 20,234,500 | 18,924,500 | 17,614,500 | 16,304,500 |
| **Total Assets** | $ 47,591,452 | $ 49,434,932 | $ 51,310,132 | $ 53,216,442 | $ 55,154,472 | $ 57,124,221 |
| **Current Liabilities** | | | | | | |
| Accounts Payable | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 |
| Accrued Expenses | 625,000 | 625,000 | 625,000 | 625,000 | 625,000 | 625,000 |
| Property Taxes | - | - | - | - | - | - |
| Notes Payable | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 |
| Total Current Liabilities | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 |
| **Unsecured Plan Debt** | | | | | | |
| AP | 296,499 | 296,499 | 296,499 | 296,499 | 296,499 | 296,499 |
| Octane | - | - | - | - | - | - |
| Senior Debentures Series 2009A | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 |
| Subordinate Debentures Series 2009B | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| Note Payable Sajac | - | - | - | - | - | - |
| Total Unsecured | 33,861,499 | 33,861,499 | 33,861,499 | 33,861,499 | 33,861,499 | 33,861,499 |
| **Debt Instruments** | | | | | | |
| Bank Debt | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| **Total Debt** | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| **Shareholders' Equity** | | | | | | |
| Member Equity | 7,095,776 | 8,939,256 | 10,814,456 | 12,720,766 | 14,658,796 | 16,628,545 |
| Total Net Assets | 7,095,776 | 8,939,256 | 10,814,456 | 12,720,766 | 14,658,796 | 16,628,545 |
| **Total Liabilities & Equity** | $ 47,591,452 | $ 49,434,932 | $ 51,310,132 | $ 53,216,442 | $ 55,154,472 | $ 57,124,221 |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

| STATEMENTS OF CASH FLOWS | Actual 1st QTR 2011 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | |
| Net Income | $ 33,930 | $ 2,467,805 | $ 1,715,990 | $ 1,748,930 | $ 1,780,650 | $ 1,811,760 |
| Depreciation & Amortization | 917,710 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| Accounts Receivable | (1,923,189) | 982,438 | 912,094 | - | - | - |
| Inventory | 213,527 | 69,122 | | | | |
| Prepaid and Other | (486,952) | 121,000 | - | - | - | - |
| Accounts Payable | 1,260,471 | (393,284) | (150,000) | - | - | - |
| Accrued Expenses | 72,739 | (1,502) | (75,000) | - | - | - |
| Sales Tax Payable | 12,119 | - | - | - | - | - |
| Amortized OID Interest | 39,998 | - | - | - | - | - |
| Net Cash Flows from Operating Activities | 140,353 | 5,845,579 | 5,003,084 | 4,348,930 | 4,380,650 | 4,411,760 |
| **Investing Activities** | | | | | | |
| Decrease in Restricted Cash | - | - | - | - | - | - |
| Transportation and Other Equipment | - | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| Drilling Equipment | 188,700 | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) |
| Net Cash Flows from Investing Activities | 188,700 | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) |
| **Financing Activities** | | | | | | |
| Note Payable–Trucks | (5,696) | (24,000) | (24,000) | (13,000) | - | - |
| Note Payable–Insurance | (225,106) | - | - | - | - | - |
| WSB | - | (726,893) | (516,204) | (391,401) | (400,079) | (406,115) |
| Note Payable-Senior Debentures Series 2009B | - | (3,444,686) | (2,812,880) | (2,654,529) | (2,690,571) | (2,715,644) |
| Note Payable-Subordinate Debentures Series 2009B | - | - | - | - | - | - |
| Accounts Payable/Accruals | - | (360,000) | (360,000) | - | - | - |
| Net Cash Flows from Financing Activities | (230,802) | (4,555,579) | (3,713,084) | (3,058,930) | (3,090,650) | (3,121,760) |
| Net Change in Cash | 98,251 | - | - | - | - | - |
| Beginning Cash | 2,997,580 | 2,554,814 | 2,554,814 | 2,554,814 | 2,554,814 | 2,554,814 |
| Ending Cash | $ 3,095,831 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 |

Performance Drilling Debtors in Possession
Cases 10-01851 and 10-01852
Unsecured Alternative

## STATEMENTS OF CASH FLOWS

| | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|
| **Operating Activities** | | | | | |
| Net Income | $ 1,843,480 | $ 1,875,200 | $ 1,906,310 | $ 1,938,030 | $ 1,969,750 |
| Depreciation & Amortization | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| Accounts Receivable | - | - | - | - | - |
| Inventory | | | | | |
| Prepaid and Other | - | - | - | - | - |
| Accounts Payable | - | - | - | - | - |
| Accrued Expenses | - | - | - | - | - |
| Sales Tax Payable | - | - | - | - | - |
| Amortized OID Interest | - | - | - | - | - |
| **Net Cash Flows from Operating Activities** | 4,443,480 | 4,475,200 | 4,506,310 | 4,538,030 | 4,569,750 |
| **Investing Activities** | | | | | |
| Decrease in Restricted Cash | - | - | - | - | - |
| Transportation and Other Equipment | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| Drilling Equipment | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) |
| **Net Cash Flows from Investing Activities** | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) |
| **Financing Activities** | | | | | |
| Note Payable-Trucks | - | - | - | - | - |
| Note Payable-Insurance | - | - | - | - | - |
| WSB | (412,271) | (418,426) | (424,463) | (430,618) | (377,708) |
| Note Payable-Senior Debentures Series 2009B | (2,741,209) | (2,766,774) | (2,791,847) | (2,817,412) | (519,449) |
| Note Payable-Subordinate Debentures Series 2009B | - | - | - | - | (2,382,593) |
| Accounts Payable/Accruals | - | - | - | - | - |
| **Net Cash Flows from Financing Activities** | (3,153,480) | (3,185,200) | (3,216,310) | (3,248,030) | (3,279,750) |
| **Net Change in Cash** | - | - | - | - | - |
| Beginning Cash | 2,554,814 | 2,554,814 | 2,554,814 | 2,554,814 | 2,554,814 |
| Ending Cash | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 | $ 2,554,814 |

O G Leasing, LLC and Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Secured Alternative

| INCOME STATEMENTS | Actual 1st QTR 2011 | Annualized | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Contract Drilling Revenue | $ 6,800,000 | $ 26,198,889 | $ 26,058,263 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 | $ 21,619,406 |
| Total Revenue | 6,800,000 | 26,198,889 | 26,058,263 | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 |
| | | | | | | | |
| **Costs of Goods Sold** | | | | | | | |
| Labor | 2,170,039 | 8,800,714 | 8,742,547 | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 |
| Burden (Fringe, Tax, Work. Comp. and Per DEIM) | 849,341 | 3,444,550 | 3,421,450 | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 |
| Repairs/Supplies/Shop/Safety | 709,146 | 2,875,981 | 2,855,986 | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 |
| Insurance | 80,914 | 328,151 | 326,390 | 326,390 | 326,390 | 326,390 | 326,390 |
| Rentals | 183,826 | 745,517 | 741,879 | 593,503 | 593,503 | 593,503 | 593,503 |
| Property Tax | 109,500 | 444,083 | 441,700 | 441,700 | 441,700 | 441,700 | 441,700 |
| Total Cost of Goods Sold | 4,102,766 | 16,638,995 | 16,529,951 | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 |
| | | | | | | | |
| **Gross Profit** | **2,697,234** | **9,559,893** | **9,528,312** | **8,241,828** | **8,241,828** | **8,241,828** | **8,241,828** |
| Gross Profit % | 40% | 36% | 37% | 38% | 38% | 38% | 38% |
| | | | | | | | |
| SG&A Expense | 618,316 | 2,507,615 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 |
| | | | | | | | |
| **EBITDA** | **2,078,918** | **7,052,279** | **6,828,312** | **5,541,828** | **5,541,828** | **5,541,828** | **5,541,828** |
| *EBITDA Margin* | *31%* | *27%* | *26%* | *26%* | *26%* | *26%* | *26%* |
| | | | | | | | |
| Depreciation & Amortization | 917,710 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| | | | | | | | |
| **Operating Income** | **1,161,208** | **4,452,279** | **4,228,312** | **2,941,828** | **2,941,828** | **2,941,828** | **2,941,828** |
| | | | | | | | |
| **Other Income / (Expense)** | | | | | | | |
| Restructuring Expense | (207,646) | (550,000) | (1,487,480) | (1,447,480) | (1,407,480) | (1,369,480) | (1,331,480) |
| Extraordinary Expense (mobilization, top drive) | (1,859,117) | - | | | | | |
| Interest Expense | (45,629) | (185,051) | (1,545,480) | (1,545,480) | (1,545,480) | (1,545,480) | (1,545,480) |
| Other Revenue (Top Drive, Turnkey...) | 984,995 | | 58,000 | 98,000 | 138,000 | 176,000 | 214,000 |
| Interest Income | 119 | 476 | | | | | |
| | | | | | | | |
| Total Other Income (Expense) | (1,127,278) | (734,575) | (1,487,480) | (1,447,480) | (1,407,480) | (1,369,480) | (1,331,480) |
| **Income Before Income Tax** | 33,930 | 3,717,704 | 2,740,832 | 1,494,348 | 1,534,348 | 1,572,348 | 1,610,348 |
| Income Taxes (39%) | | (1,449,904) | (1,068,925) | (582,796) | (598,396) | (613,216) | (628,036) |
| **Net Income** | $ 33,930 | $ 2,267,799 | $ 1,671,908 | $ 911,552 | $ 935,952 | $ 959,132 | $ 982,312 |

O G Leasing, LLC and Performance Drilling Debtors in Possession
Cases 10-01851 and 10-01852
Secured Alternative

| INCOME STATEMENTS | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Contract Drilling Revenue | $21,619,406 | $21,619,406 | $21,619,406 | $21,619,406 | $21,619,406 |
| Total Revenue | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 | 21,619,406 |
| **Costs of Goods Sold** | | | | | |
| Labor | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 | 6,994,038 |
| Burden (Fringe, Tax, Work. Comp. and Per DEIM) | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 | 2,737,160 |
| Repairs/Supplies/Shop/Safety | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 | 2,284,788 |
| Insurance | 326,390 | 326,390 | 326,390 | 326,390 | 326,390 |
| Rentals | 593,503 | 593,503 | 593,503 | 593,503 | 593,503 |
| Property Tax | 441,700 | 441,700 | 441,700 | 441,700 | 441,700 |
| Total Cost of Goods Sold | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 | 13,377,578 |
| **Gross Profit** | **8,241,828** | **8,241,828** | **8,241,828** | **8,241,828** | **8,241,828** |
| Gross Profit % | 38% | 38% | 38% | 38% | 38% |
| SG&A Expense | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 | 2,700,000 |
| **EBITDA** | **5,541,828** | **5,541,828** | **5,541,828** | **5,541,828** | **5,541,828** |
| *EBITDA Margin* | *26%* | *26%* | *26%* | *26%* | *26%* |
| Depreciation & Amortization | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| **Operating Income** | **2,941,828** | **2,941,828** | **2,941,828** | **2,941,828** | **2,941,828** |
| **Other Income / (Expense)** | | | | | |
| Restructuring Expense | - | - | - | - | - |
| Extraordinary Expense (mobilization, top drive) | | | | | |
| Interest Expense | (1,545,480) | (1,545,480) | (1,545,480) | (1,545,480) | (1,545,480) |
| Other Revenue (Top Drive, Turnkey...) | | | | | |
| Interest Income | 252,000 | 290,000 | 327,000 | 365,000 | 403,000 |
| Total Other Income (Expense) | (1,293,480) | (1,255,480) | (1,218,480) | (1,180,480) | (1,142,480) |
| **Income Before Income Tax** | **1,648,348** | **1,686,348** | **1,723,348** | **1,761,348** | **1,799,348** |
| Income Taxes (39%) | (642,856) | (657,676) | (672,106) | (686,926) | (701,746) |
| **Net Income** | **$ 1,005,492** | **$ 1,028,672** | **$ 1,051,242** | **$ 1,074,422** | **$ 1,097,602** |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Secured Alternative

| BALANCE SHEETS | May 31, 2011 | Projected | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash | $ 3,404,814 | $ 2,554,814 | $ 2,406,564 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 |
| Restricted Cash | 10,311 | - | - | - | - | - |
| Debt Service Account WSB | | | 829,234 | 1,441,164 | 1,926,634 | 2,419,125 |
| Debt Service Account S. Deb. | | | 2,546,448 | 4,459,163 | 6,206,645 | 7,983,286 |
| Debt Service Account Sub. Deb. | | | - | - | - | - |
| Accounts Receivable, Net | 6,336,875 | 6,336,875 | 5,354,438 | 4,442,344 | 4,442,344 | 4,442,344 |
| Inventories | 140,622 | 140,622 | 71,500 | 71,500 | 71,500 | 71,500 |
| Prepaid & Other Current | 1,030,293 | 1,030,293 | 909,293 | 909,293 | 909,293 | 909,293 |
| **Total Current Assets** | 10,922,915 | 10,062,604 | 12,117,476 | 13,581,779 | 15,814,731 | 18,083,863 |
| Drilling Rigs and Related Equipment, Net | 33,442,231 | 27,430,000 | 26,080,000 | 24,730,000 | 23,380,000 | 22,030,000 |
| Other Assets, Net | 2,916,016 | 1,974,500 | 2,014,500 | 2,054,500 | 2,094,500 | 2,134,500 |
| **Total Noncurrent Assets** | 36,358,247 | 29,404,500 | 28,094,500 | 26,784,500 | 25,474,500 | 24,164,500 |
| **Total Assets** | $ 47,281,162 | $ 39,467,104 | $ 40,211,976 | $ 40,366,279 | $ 41,289,231 | $ 42,248,363 |
| **Current Liabilities** | | | | | | |
| Accounts Payable | $ 1,867,372 | $ 1,893,284 | $ 1,500,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 |
| Accrued Expenses | 701,502 | 701,502 | 700,000 | 625,000 | 625,000 | 625,000 |
| Notes Payable | 135,891 | 216,000 | 192,000 | 168,000 | 155,000 | 155,000 |
| **Total Current Liabilities** | 2,704,765 | 2,810,786 | 2,392,000 | 2,143,000 | 2,130,000 | 2,130,000 |
| **Unsecured Plan Debt** | | | | | | |
| AP | 1,016,499 | 1,016,499 | 508,249 | - | - | - |
| Octane | 4,108,100 | - | - | - | - | - |
| Subordinate Debentures Series 2009B | 8,605,564 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| Note Payable Sajac | 289,457 | - | - | - | - | - |
| **Total Unsecured** | 14,019,620 | 8,626,499 | 8,118,249 | 7,610,000 | 7,610,000 | 7,610,000 |
| **Debt Instruments** | | | | | | |
| Bank Debt | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| Senior Debentures Series 2009A | 28,361,238 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 |
| **Total Debt** | 32,865,415 | 30,459,177 | 30,459,177 | 30,459,177 | 30,459,177 | 30,459,177 |
| **Shareholders' Equity** | | | | | | |
| Member Equity | (2,308,638) | - | 1,671,908 | 2,583,460 | 3,519,412 | 4,478,544 |
| | | (2,429,358) | (2,429,358) | (2,429,358) | (2,429,358) | (2,429,358) |
| **Total Net Assets** | (2,308,638) | (2,429,358) | (757,450) | 154,102 | 1,090,054 | 2,049,186 |
| **Total Liabilities & Equity** | $ 47,281,162 | $ 39,467,104 | $ 40,211,976 | $ 40,366,279 | $ 41,289,231 | $ 42,248,363 |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Secured Alternative

| BALANCE SHEETS | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 |
| Restricted Cash | - | - | - | - | - | - |
| Debt Service Account WSB | 2,916,114 | 3,417,601 | 3,923,587 | 4,433,951 | 4,504,177 | 4,504,177 |
| Debt Service Account S. Deb. | 9,778,610 | 11,592,615 | 13,425,302 | 15,276,180 | 17,145,739 | 19,033,980 |
| Debt Service Account Sub. Deb. | - | - | - | - | 444,637 | 963,998 |
| Accounts Receivable, Net | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 | 4,442,344 |
| Inventories | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 | 71,500 |
| Prepaid & Other Current | 909,293 | 909,293 | 909,293 | 909,293 | 909,293 | 909,293 |
| **Total Current Assets** | 20,376,176 | 22,691,668 | 25,030,340 | 27,391,583 | 29,776,005 | 32,183,607 |
| Drilling Rigs and Related Equipment, Net | 20,680,000 | 19,330,000 | 17,980,000 | 16,630,000 | 15,280,000 | 13,930,000 |
| Other Assets, Net | 2,174,500 | 2,214,500 | 2,254,500 | 2,294,500 | 2,334,500 | 2,374,500 |
| **Total Noncurrent Assets** | 22,854,500 | 21,544,500 | 20,234,500 | 18,924,500 | 17,614,500 | 16,304,500 |
| **Total Assets** | $ 43,230,676 | $ 44,236,168 | $ 45,264,840 | $ 46,316,083 | $ 47,390,505 | $ 48,488,107 |
| **Current Liabilities** | | | | | | |
| Accounts Payable | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 | $ 1,350,000 |
| Accrued Expenses | 625,000 | 625,000 | 625,000 | 625,000 | 625,000 | 625,000 |
| Notes Payable | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 |
| **Total Current Liabilities** | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 | 2,130,000 |
| **Unsecured Plan Debt** | | | | | | |
| AP | - | - | - | - | - | - |
| Octane | - | - | - | - | - | - |
| Subordinate Debentures Series 2009B | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| Note Payable Sajac | - | - | - | - | - | - |
| **Total Unsecured** | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| **Debt Instruments** | | | | | | |
| Bank Debt | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 | 4,504,177 |
| Senior Debentures Series 2009A | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 | 25,955,000 |
| **Total Debt** | 30,459,177 | 30,459,177 | 30,459,177 | 30,459,177 | 30,459,177 | 30,459,177 |
| **Shareholders' Equity** | | | | | | |
| Member Equity | 5,460,857 | 6,466,349 | 7,495,021 | 8,546,264 | 9,620,686 | 10,718,288 |
| | (2,429,358) | (2,429,358) | (2,429,358) | (2,429,358) | (2,429,358) | (2,429,358) |
| **Total Net Assets** | 3,031,499 | 4,036,991 | 5,065,663 | 6,116,906 | 7,191,328 | 8,288,930 |
| **Total Liabilities & Equity** | $ 43,230,676 | $ 44,236,168 | $ 45,264,840 | $ 46,316,083 | $ 47,390,505 | $ 48,488,107 |

Performance Drilling Debtors in Possession
Cases 10-01851 and 10-01852
Secured Alternative

STATEMENTS OF CASH FLOWS

| | Actual 1st QTR 2011 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | |
| Net Income | $ 33,930 | $ 1,671,908 | $ 911,552 | $ 935,952 | $ 959,132 | $ 982,312 |
| Depreciation & Amortization | 917,710 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| Accounts Receivable | (1,923,189) | 982,438 | 912,094 | - | - | - |
| Inventory | 213,527 | 69,122 | - | - | - | - |
| Prepaid and Other | (486,952) | 121,000 | - | - | - | - |
| Accounts Payable | 1,260,471 | (393,284) | (150,000) | - | - | - |
| Accrued Expenses | 72,739 | (1,502) | (75,000) | - | - | - |
| Sales Tax Payable | 12,119 | - | - | - | - | - |
| Amortized OID Interest | 39,998 | - | - | - | - | - |
| Net Cash Flows from Operating Activities | 140,353 | 5,049,681 | 4,198,646 | 3,535,952 | 3,559,132 | 3,582,312 |
| **Investing Activities** | | | | | | |
| Decrease in Restricted Cash | - | - | - | - | - | - |
| Transportation and Other Equipment | - | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| Drilling Equipment | 188,700 | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) |
| Net Cash Flows from Investing Activities | 188,700 | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) |
| **Financing Activities** | | | | | | |
| Note Payable-Trucks | (5,696) | (24,000) | (24,000) | (13,000) | - | - |
| Note Payable-Insurance | (225,106) | - | - | - | - | - |
| Note Payable-Parent | - | - | - | - | - | - |
| WSB DSR | - | (829,234) | (611,931) | (485,470) | (492,491) | (496,989) |
| Note Payable-Senior Debentures Series 2009B DSR | - | (2,546,448) | (1,912,715) | (1,747,482) | (1,776,641) | (1,795,323) |
| Note Payable-Subordinate Debentures Series 2009B | - | - | - | - | - | - |
| Note Payable Accounts Payable/Accruals | - | (508,250) | (508,249) | - | - | - |
| Net Cash Flows from Financing Activities | (230,802) | (3,907,931) | (3,056,895) | (2,245,952) | (2,269,132) | (2,292,312) |
| Net Change in Cash | 98,251 | (148,250) | (148,249) | - | - | - |
| Beginning Cash | 2,997,580 | 2,554,814 | 2,406,564 | 2,258,315 | 2,258,315 | 2,258,315 |
| Ending Cash | $ 3,095,831 | $ 2,406,564 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 |

Performance Drilling Debtors In Possession
Cases 10-01851 and 10-01852
Secured Alternative

| | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|
| | $ 1,005,492 | $ 1,028,672 | $ 1,051,242 | $ 1,074,422 | $ 1,097,602 |
| | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 | 2,600,000 |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | 3,605,492 | 3,628,672 | 3,651,242 | 3,674,422 | 3,697,602 |
| | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) | (1,250,000) |
| | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) | (1,290,000) |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | (501,487) | (505,985) | (510,365) | (70,226) | - |
| | (1,814,005) | (1,832,687) | (1,850,878) | (1,869,559) | (1,888,241) |
| | - | - | - | (444,637) | (519,361) |
| | (2,315,492) | (2,338,672) | (2,361,242) | (2,384,422) | (2,407,602) |
| | - | - | - | - | - |
| | 2,258,315 | 2,258,315 | 2,258,315 | 2,258,315 | 2,258,315 |
| | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 | $ 2,258,315 |