**Exhibit "A" to the First Fee Application of SGP**

Invoices

| **M/S Consulting** |
|---|
| Management-for-Success |
| DBA as Summit Group Partners |



*Strategies for growth, expansion and operational excellence*

**Bill to: O&G Leasing, LLC**
125 South Congress Street, Suite 1610, Jackson MS, 39201

Kevin P. Lombardo
M/S Consulting
10037 South Sylvestor Road
Highlands Ranch, CO 80129
kevinplombardo@aol.com

# May 31, 2011

## Invoice #: 101 – 2011
## For services rendered through 5/31/2011:

|  | Hours | Rate | Amount |
|---|---|---|---|
| Week Ended 5-15-2011 | 13.00 | $250 | $3,250.00 |
| Week Ended 5-22-2011 | 7.75 | $250 | 1,937.50 |
| Week Ended 5-29-2011 | 5.00 | $250 | 1,250.00 |
| Period Ended 5-31-2011 | 3.50 | $250 | 875.00 |
| Total |  |  | **$ 7,312.50** |
| **80% Currently Due** |  |  | **$ 5,850.00** |
| **20% Hold Back** |  |  | **$ 1,462.50** |

Terms: Upon presentation

Please make checks payable to:
M/S Consulting
10037 South Sylvestor Road
Highlands Ranch, CO 80129
 Or
 Via Wire – See Wire Instructions



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** May 9 - May 15 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 5/12/2011 | Review draft disclosure statement ("DS") | 4.00 |
| | Modify and enhance DS | 1.00 |
| 5/13/2011 | Additional review and modification of DS | 2.00 |
| | Attempts to connect with Grumpy, Jeff, Duke, etc. | NC |
| | Calls with Doug Noble and Duke's office | 1.00 |
| 5/14/2011 | Write up additional sections of DS | 2.00 |
| | Read plan and DS | 2.00 |
| 5/15/2011 | Read all news letters to reacquaint to state of industry | 1.00 |

TIME TOTAL (Hrs)     13.00



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** May 16 - May 22, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 5/16/2011 | HADCO call | 3.00 |
| | Additional Discussion with Doug Noble | 0.50 |
| 5/17/2011 | Review of document related to plan | 1.00 |
| 5/18/2011 | Review financial model | 1.00 |
| 5/19/2011 | Call with Goodwin & Review of model | 1.00 |
| 5/20/2011 | Liquidation review, Model Capex review | 1.25 |

TIME TOTAL (Hrs)   7.75



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** May 23 - May 29, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 5/23/2011 | Liquidation Analysis | 1.00 |
| 5/25/2011 | Liquidation Analysis | 1.00 |
| 5/26/2011 | Liquidation Analysis and Assumptions | 3.00 |

**TIME TOTAL (Hrs)**     5.00



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** May 30 - May 31, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 5/30/2011 | Read and comment on disclosure statement and plan | 3.00 |
| 5/31/2011 | Additional Review of Disclosure Statement | 0.50 |
| | **TIME TOTAL (Hrs)** | **3.50** |

**M/S Consulting**
Management-for-Success
DBA as Summit Group Partners


SUMMIT GROUP PARTNERS
*Strategies for growth, expansion and operational excellence*

Bill to: **O&G Leasing, LLC**
125 South Congress Street, Suite 1610, Jackson MS, 39201

Kevin P. Lombardo
M/S Consulting
10037 South Sylvestor Road
Highlands Ranch, CO 80129
kevinplombardo@aol.com

## June 30, 2011

### Invoice #: 102 – 2011
### For services rendered through 6/30/2011:

|  | Hours | Rate | Amount |
|---|---|---|---|
| Week Ended 6-04-2011 | 4.50 | $250 | $1,125.00 |
| Week Ended 6-10-2011 | 1.50 | $250 | 375.00 |
| Week Ended 6-17-2011 | 5.50 | $250 | 1,375.00 |
| Period Ended 6-24-2011 | 5.50 | $250 | 1,375.00 |
| Period Ended 6-30-2011 | 5.00 | $250 | 1,250.00 |
| **Total** | | | **$ 5,500.00** |
| **80% Currently Due** | | | **$ 4,400.00** |
| **20% Hold Back** | | | **$ 1,100.00** |

Terms: Upon presentation

Please make checks payable to:
M/S Consulting
10037 South Sylvestor Road
Highlands Ranch, CO 80129
Or
Via Wire – See Wire Instructions



# Summit Group Partners

(Project Time Sheet)

Project Name : O&G Leasing

Project Billing Code :

Project Lead : Kevin P. Lombardo

Time Period : June 1 - June 3 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 6/1/2011 | Review and comment on model | 1.00 |
| 6/2/2011 | Update with D. Noble | 0.50 |
|  | Valuation Revisions | 1.00 |
| 6/3/2011 | Disclosure statement drafting | 2.00 |

TIME TOTAL (Hrs)   4.50



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** June 6 - June 10, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 6/7/2011 | Review Assumptions and model | 1.5 |
| | TIME TOTAL (Hrs) | 1.50 |



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** June 13 - June 17, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 6/13/2011 | Liquidation analysis | 3.50 |
| 6/14/2011 | Liquidation analysis | 1.00 |
| 6/15/2011 | Liquidation analysis | 1.00 |

**TIME TOTAL (Hrs)** 5.50



# Summit Group Partners

(Project Time Sheet)

**Project Name :** O&G Leasing

**Project Billing Code :**

**Project Lead :** Kevin P. Lombardo

**Time Period :** June 20 - June 24, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 6/20/2011 | Liquidation Analysis | 2.50 |
| 6/21/2011 | Liquidation Analysis | 1.00 |
| 6/22/2011 | Liquidation Analysis | 1.00 |
| 6/23/2011 | Liquidation Analysis | 1.00 |

TIME TOTAL (Hrs)    5.50



# Summit Group Partners

(Project Time Sheet)

**Project Name :**         O&G Leasing

**Project Billing Code :**

**Project Lead :**         Kevin P. Lombardo

**Time Period :**         June 27 - June 30, 2011

| DATE | DESCRIPTION OF TASK | TIME (Hrs) |
|---|---|---|
| 6/26/2011 | Read Disclosure statement and plan | 2.50 |
| 6/27/2011 | Update liquidation | 1.00 |
| 6/28/2011 | Review Liquidation Analysis with Team | 1.50 |
| | **TIME TOTAL (Hrs)** | **5.00** |