# EXHIBIT 3

**Sales Procedures Order
(_____, 2011)**

**[Forthcoming]**