# EXHIBIT 4

**Solsten Projections**

SolstenXP Drilling, LLC
Base case sensitivity analysis
Performance Drilling, LLC:   Asset Purchase
Income Statement

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 27,566,625 | $ 25,750,750 | $ 26,523,273 | $ 27,318,971 | $ 28,138,540 | $ 28,982,696 | $ 29,852,177 | $ 30,747,742 | $ 31,670,174 | $ 32,620,280 |
| Rig Expenses | 15,603,750 | 13,181,747 | 13,577,199 | 13,984,515 | 14,404,051 | 14,836,172 | 15,281,257 | 15,739,695 | 16,211,886 | 16,698,243 |
| Gross | 11,962,875 | 12,569,003 | 12,946,073 | 13,334,455 | 13,734,489 | 14,146,524 | 14,570,919 | 15,008,047 | 15,458,288 | 15,922,037 |
| Overhead | 4,147,997 | 3,218,844 | 3,315,409 | 3,414,871 | 3,517,317 | 3,622,837 | 3,731,522 | 3,843,468 | 3,958,772 | 4,077,535 |
| Miscellaneous | 3,031,895 | 1,318,175 | 1,357,720 | 1,398,452 | 1,440,405 | 1,483,617 | 1,528,126 | 1,573,970 | 1,621,189 | 1,669,824 |
| Insurance | 671,300 | 671,300 | 691,439 | 712,182 | 733,548 | 755,554 | 778,221 | 801,567 | 825,614 | 850,383 |
| EBITDA | 4,111,683 | 7,360,685 | 7,581,505 | 7,808,950 | 8,043,219 | 8,284,515 | 8,533,051 | 8,789,042 | 9,052,714 | 9,324,295 |
| Depreciation | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 |
| Interest Expense | 1,522,750 | 1,391,938 | 1,254,586 | 1,110,367 | 958,936 | 799,934 | 632,981 | 457,681 | 312,501 | 160,061 |
| Net Income before Taxes | 1,573,766 | 4,953,580 | 5,311,752 | 5,683,417 | 6,069,116 | 6,469,415 | 6,884,903 | 7,316,194 | 7,725,046 | 8,149,067 |
| Income Tax Expense | 550,818 | 1,733,753 | 1,859,113 | 1,989,196 | 2,124,191 | 2,264,295 | 2,409,716 | 2,560,668 | 2,703,766 | 2,852,173 |
| Net Income | 1,022,948 | 3,219,827 | 3,452,639 | 3,694,221 | 3,944,926 | 4,205,120 | 4,475,187 | 4,755,526 | 5,021,280 | 5,296,894 |
| Dividend | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 | 228,300 |
| Net Income | $ 1,022,948 | $ 3,219,827 | $ 3,452,639 | $ 3,694,221 | $ 3,944,926 | $ 4,205,120 | $ 4,475,187 | $ 4,755,526 | $ 5,021,280 | $ 5,296,894 |
| Depreciation | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 |
| Principal pymt on debt | (2,616,230) | (2,747,042) | (2,884,394) | (3,028,614) | (3,180,044) | (3,339,047) | (3,505,999) | (2,903,610) | (3,048,790) | (3,201,230) |
| Preferred dividend | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) |
| Net cash available | (806,416) | 1,259,651 | 1,355,112 | 1,452,474 | 1,551,748 | 1,652,940 | 1,756,055 | 2,638,783 | 2,759,356 | 2,882,531 |

| | 1st QTR | 2nd QTR | 3rd QTR | 4th QTR |
|---|---|---|---|---|
| Revenue | $ 6,588,250 | $ 6,588,250 | $ 7,195,063 | $ 7,195,063 |
| Rig Expenses | 4,334,375 | 4,117,656 | 3,684,219 | 3,467,500 |
| Gross | 2,253,875 | 2,470,594 | 3,510,844 | 3,727,563 |
| Overhead | 1,317,650 | 1,317,650 | 1,079,259 | 433,438 |
| Miscellaneous | 866,875 | 823,531 | 442,106 | 899,383 |
| Insurance | 167,825 | 167,825 | 167,825 | 167,825 |
| EBITDA | (98,475) | 161,588 | 1,821,653 | 2,226,917 |
| Depreciation | 253,792 | 253,792 | 253,792 | 253,792 |
| Interest Expense | 380,688 | 380,688 | 380,688 | 380,688 |
| Net Income before Taxes | (732,954) | (472,892) | 1,187,174 | 1,592,438 |
| Income Tax Expense | (256,534) | (165,512) | 415,511 | 557,353 |
| Net Income | (476,420) | (307,380) | 771,663 | 1,035,085 |
| Dividend | 57,075 | 57,075 | 57,075 | 57,075 |
| Net Income | $ (476,420) | $ (307,380) | $ 771,663 | $ 1,035,085 |
| Depreciation | 253,792 | 253,792 | 253,792 | 253,792 |
| Principal pymt on debt | (654,058) | (654,058) | (654,058) | (654,058) |
| Preferred dividend | (57,075) | (57,075) | (57,075) | (57,075) |
| Net cash available | (933,761) | (764,721) | 314,322 | 577,744 |

SolstenXP Drilling, LLC
Base case sensitivity analysis
Performance Drilling, LLC: Asset Purchase
Balance Sheet

| | Begin Balance Sheet | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Cash | $ 165,000 | $ 766,405 | $ 2,049,496 | $ 3,310,638 | $ 4,666,248 | $ 6,118,148 | $ 7,668,160 | $ 9,318,113 | $ 11,847,520 | $ 14,495,187 | $ 17,262,599 |
| Accounts Receivable | 5,000,000 | 4,531,500 | 4,233,000 | 4,359,990 | 4,490,790 | 4,625,513 | 4,764,279 | 4,907,207 | 5,054,423 | 5,206,056 | 5,362,238 |
| Inventories | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Prepaid and Other | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Total Current Assets | 5,565,000 | 5,697,905 | 6,682,496 | 8,070,628 | 9,557,038 | 11,143,661 | 12,832,439 | 14,625,320 | 17,301,943 | 20,101,243 | 23,024,837 |
| | | | | | | | | | | | |
| Drilling Rigs and Related, net | 32,100,000 | 31,084,833 | 30,069,667 | 29,054,500 | 28,039,333 | 27,024,167 | 26,009,000 | 24,993,833 | 23,978,667 | 22,963,500 | 21,948,333 |
| Other long lived assets, net | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| | | | | | | | | | | | |
| Total Assets | $ 38,665,000 | $ 37,782,738 | $ 37,752,163 | $ 38,125,128 | $ 38,596,371 | $ 39,167,828 | $ 39,841,439 | $ 40,619,153 | $ 42,280,610 | $ 44,064,743 | $ 45,973,170 |
| | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | |
| Accounts Payable | $ 500,000 | $ 1,282,500 | $ 1,083,431 | $ 1,115,934 | $ 1,149,412 | $ 1,183,895 | $ 1,219,411 | $ 1,255,994 | $ 1,293,674 | $ 1,332,484 | $ 1,372,458 |
| Accrued Expenses | 100,000 | 256,820 | 180,829 | 181,347 | 181,805 | 182,197 | 182,519 | 182,763 | 182,923 | 184,057 | 185,145 |
| CPLTD | 2,616,230 | 2,747,042 | 2,884,394 | 3,028,614 | 3,180,044 | 3,339,047 | 3,505,999 | 2,903,610 | 3,048,790 | 3,201,230 | - |
| Total Current Liabilities | 3,216,230 | 4,286,362 | 4,148,654 | 4,325,895 | 4,511,261 | 4,705,139 | 4,907,929 | 4,342,367 | 4,525,387 | 4,717,770 | 1,557,604 |
| | | | | | | | | | | | |
| Long Term Debt | | | | | | | | | | | |
| Indenture Trustee | 25,955,000 | 23,891,459 | 21,724,740 | 19,449,686 | 17,060,879 | 14,552,632 | 11,918,972 | 9,153,630 | 6,250,020 | 3,201,230 | - |
| Washington State Bank | 4,500,000 | 3,947,311 | 3,366,987 | 2,757,647 | 2,117,841 | 1,446,043 | 740,656 | 0 | - | - | - |
| CPLTD | (2,616,230) | (2,747,042) | (2,884,394) | (3,028,614) | (3,180,044) | (3,339,047) | (3,505,999) | (2,903,610) | (3,048,790) | (3,201,230) | - |
| Total Long Term Debt | 27,838,770 | 25,091,728 | 22,207,334 | 19,178,720 | 15,998,675 | 12,659,629 | 9,153,630 | 6,250,020 | 3,201,230 | - | - |
| | | | | | | | | | | | |
| Total Debt | 31,055,000 | 29,378,090 | 26,355,988 | 23,504,614 | 20,509,937 | 17,364,767 | 14,061,559 | 10,592,387 | 7,726,616 | 4,717,770 | 1,557,604 |
| | | | | | | | | | | | |
| Member Equity: | | | | | | | | | | | |
| Preferred equity | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 | 7,610,000 |
| Distributions | - | (228,300) | (456,600) | (684,900) | (913,200) | (1,141,500) | (1,369,800) | (1,598,100) | (1,826,400) | (2,054,700) | (2,283,000) |
| Retained Earnings | - | - | 1,022,948 | 4,242,775 | 7,695,414 | 11,389,635 | 15,334,560 | 19,539,680 | 24,014,867 | 28,770,393 | 33,791,673 |
| Net Income | - | 1,022,948 | 3,219,827 | 3,452,639 | 3,694,221 | 3,944,926 | 4,205,120 | 4,475,187 | 4,755,526 | 5,021,280 | 5,296,894 |
| Total Equity | 7,610,000 | 8,404,648 | 11,396,175 | 14,620,514 | 18,086,435 | 21,803,060 | 25,779,880 | 30,026,767 | 34,553,993 | 39,346,973 | 44,415,567 |
| | | | | | | | | | | | |
| Equity & Total Liabilities | $ 38,665,000 | $ 37,782,738 | $ 37,752,163 | $ 38,125,128 | $ 38,596,371 | $ 39,167,828 | $ 39,841,439 | $ 40,619,153 | $ 42,280,610 | $ 44,064,743 | $ 45,973,170 |

SolstenXP Drilling, LLC
Base case sensitivity analysis
Performance Drilling, LLC:   Asset Purchase
Cash Flow Statement

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Income from Operations | $ - | $ 1,022,948 | $ 3,219,827 | $ 3,452,639 | $ 3,694,221 | $ 3,944,926 | $ 4,205,120 | $ 4,475,187 | $ 4,755,526 | $ 5,021,280 |
| **Cash Flow from Operating Activities** | | | | | | | | | | |
| Depreciation | - | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 | 1,015,167 |
| (Gain)/Loss on Sale of Assets | - | - | - | - | - | - | - | - | - | - |
| Change in Assets & Liabilities | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable, net of allowance | - | 468,500 | 298,500 | (126,990) | (130,800) | (134,724) | (138,765) | (142,928) | (147,216) | (151,633) |
| Prepaid Expenses | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - |
| Accounts Payable | - | 782,500 | (199,069) | 32,503 | 33,478 | 34,482 | 35,517 | 36,582 | 37,680 | 38,810 |
| Other Current Liabilities | - | 156,820 | (75,991) | 518 | 458 | 393 | 322 | 244 | 160 | 1,134 |
| Cash Flow from Operating Activities | - | 2,422,987 | 1,038,607 | 921,197 | 918,303 | 915,318 | 912,240 | 909,065 | 905,790 | 903,478 |
| **Cash Flow from Investing Activities** | | | | | | | | | | |
| Long Term Assets | | | | | | | | | | |
| Purchase/(Sale) of Long Term Assets | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Sale of Fixed Assets | - | - | - | - | - | - | - | - | - | - |
| *Cash Flow from Investing Activities* | - | - | - | - | - | - | - | - | - | - |
| **Cash Flow from Financing Activities** | | | | | | | | | | |
| Proceeds from Long Term Debt | - | - | - | - | - | - | - | - | - | - |
| Repayment of Long Term Debt | - | (2,616,230) | (2,747,042) | (2,884,394) | (3,028,614) | (3,180,044) | (3,339,047) | (3,505,999) | (2,903,610) | (3,048,790) |
| Borrowings/(Repayments) to/from | - | - | - | - | - | - | - | - | - | - |
| Repayment of Short Term Notes | - | - | - | - | - | - | - | - | - | - |
| Preferred distributions | - | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) | (228,300) |
| Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - |
| *Cash Flow from Financing Activities* | - | (2,844,530) | (2,975,342) | (3,112,694) | (3,256,914) | (3,408,344) | (3,567,347) | (3,734,299) | (3,131,910) | (3,277,090) |
| Change in Cash | - | 601,405 | 1,283,091 | 1,261,142 | 1,355,610 | 1,451,899 | 1,550,013 | 1,649,953 | 2,529,407 | 2,647,668 |
| Cash - Beginning Balance | - | 165,000 | 766,405 | 2,049,496 | 3,310,638 | 4,666,248 | 6,118,148 | 7,668,160 | 9,318,113 | 11,847,520 |
| Cash - Ending Balance | $ - | $ 766,405 | $ 2,049,496 | $ 3,310,638 | $ 4,666,248 | $ 6,118,148 | $ 7,668,160 | $ 9,318,113 | $ 11,847,520 | $ 14,495,187 |

Disclosure:

The projections contained herein constitute results of forward looking operating and macroeconomic underlying assumptions.  The forecasted balance sheet, income statement and statement of cash flows are based on those estimates and assumptions.  There is no assurance that the estimates or assumptions are predictive of actual outcomes; rather, they are intended to give the reader an indication of results of one of many possible business scenarios.   Therefore, the reader of each such projection should independently assess probable outcomes and operating results.

The Proposed Purchase has prepared the projections based upon the information made available to it and Proposed Purchaser takes no responsibility and makes no representations concerning the information provided to it used in the preparation of the projections.

Assumptions:
Beginning balance sheet draws from information submitted by Debtors to bankruptcy court.
Proposed purchaser has had no opportunity to perform any due diligence.
Performance assumptions:
    If no interference caused by Debtors upon transition,
        Moderate to severe transition disruption in Q1
        Minimal to moderate transition disruption in Q2
        Minimal transition disruption in Q3
        Fully transitiion operations by Q4
Annual rig utilization of 85%.
Average Rig daily rate of $16,600.
No material rig overhaul necessary.
3% inflation.
No participation in Dutch Auction included for purposes of operational assessment.
No 3% Preferred Buyback Rights exercise included for purposes of operational assessment.