# EXHIBIT 5

**Background Materials on SolstenXP, Inc.**



# SolstenXP Inc.

# Summary Statement of Qualifications

## December 2010

310 K Street, Suite 700  •  Anchorage, Alaska 99501  •  907-279-6900  •  907-264-6190 Fax



STATEMENT OF QUALIFICATIONS

# SolstenXP Inc.

Founded in 1993, SolstenXP Inc. (SolstenXP) is a full service upstream oil and gas services company headquartered in Anchorage, Alaska.   The Company provides engineering and management services for exploration and production operations, including permitting and regulatory coordination, drilling engineering and supervision, well abandonments (onshore and offshore), facilities construction and decommissioning, production operations, EPCM and turnkey operations.

A major focus of SolstenXP is the safe, efficient, and cost-effective execution of field operations. We recognize the public and regulatory sensitivity that exploration and development operations and projects carry, particularly those performed offshore and in sensitive environmental locations.   SolstenXP has a strong record of successfully executing environmentally sound projects.

SolstenXP has accumulated successful project histories in the following disciplines:

## Project Management, Planning and Implementation

SolstenXP has worked with numerous client companies to develop plans for oilfield project execution. The majority of this work has been in the areas of exploration drilling, facilities construction and decommissioning, well abandonments and remote location logistics.

## Drilling Rig Operations

SolstenXP is experienced in crewing and operating drilling rigs.  Rig crewing has been provided as part of our turnkey drilling for various clients. We have also developed several innovative rig concepts for both onshore and offshore applications.

## Permitting and Regulatory Coordination

SolstenXP offers permitting services for a wide range of exploration and production operations, both onshore and offshore.  Our experience includes local, State and Federal agencies where we enjoy excellent working relationships with the various regulatory bodies.



### STATEMENT OF QUALIFICATIONS

## Drilling Engineering and Supervision

SolstenXP personnel provide drilling engineering and supervision services for numerous clients operating both onshore and offshore.  In many instances, the scope of this work has involved overall project management for nonresident operators.  SolstenXP has a staff of highly qualified engineers and drilling supervisors who are well-control certified as operators' representatives.

## Construction Management

SolstenXP is actively providing construction management support services to a wide variety of projects including offshore pipeline and platform upgrades, offshore decommissioning, onshore production facilities installation, ice and gravel road construction and many other areas of E&P development.

## Offshore Site Clearance and Shallow Hazard Surveys

SolstenXP offers these services for the safe siting of offshore drilling structures. These surveys include geotechnical drilling, high resolution seismic surveys, sub-bottom profiling, side-scan sonar imaging and precision depth recording. Our experience includes work under the extreme tidal excursions in Cook Inlet, Alaska as well as open-water and over-the-ice surveys during mid-winter evaluations of the Beaufort Sea.

## Specialized Well Abandonment Services

SolstenXP provides well abandonment services to the oil industry both on a turnkey and T&M basis. This work is directed principally at remotely situated wells, onshore and offshore, which have been left in suspended status.

## Production Operations

SolstenXP provides qualified contract production operators and engineers for onshore and offshore production operations.



STATEMENT OF QUALIFICATIONS

# Representative Project Experience

## Exploration Drilling Project Management

SolstenXP's core business is comprehensive exploration project management.  In our first major job in 1994 we served as project manager for Amerada Hess Corporation for drilling of the Northstar No. 3 well on the North Slope.  SolstenXP managed and executed all operational matters on the well including permitting, contracting, ice road construction, drilling engineering and supervision, P&A, location demobilization and end of well reports.  Since then, SolstenXP has served in similar capacities for many clients such as Eni Petroleum, Rampart Energy, Armstrong Oil & Gas, UltraStar Exploration, Brooks Range Petroleum and others.





## STATEMENT OF QUALIFICATIONS

## SolstenXP - Drilling Projects

| Year | Well | Operator | Location |
|---|---|---|---|
| 1997 | Warthog #1 | ARCO Alaska, Inc. | Beaufort offshore, Camden Bay |
| 1998 | Alpine HDD | ARCO Alaska, Inc. | Colville River, near Alpine field |
| 2000 | Nicolai Cr Ut #3 | Aurora Gas | West side of Cook Inlet |
| 2000 | A34-11LS2 | Crosstimbers Oil Co. | Platform A, Middle Ground Shoal |
| 2001 | A14-01LN2 | Crosstimbers Oil Co. | Platform A, Middle Ground Shoal |
| 2001 | A12-12LW | Crosstimbers Oil Co. | Platform A, Middle Ground Shoal |
| 2001 | A34-14LW | XTO Energy | Platform A, Middle Ground Shoal |
| 2001 | A23-01LW | XTO Energy | Platform A, Middle Ground Shoal |
| 2002 | C13A-23LN | XTO Energy | Platform C, Middle Ground Shoal |
| 2002 | C32-23LW | XTO Energy | Platform C, Middle Ground Shoal |
| 2002 | C13-13LN | XTO Energy | Platform C, Middle Ground Shoal |
| 2002 | C24A-23LN | XTO Energy | Platform C, Middle Ground Shoal |
| 2003 | McCovey #1 | EnCana | Beaufort offshore, near Cross Is. |
| 2003 | Oliktok Pt State #1 | Winstar Petroleum | Oliktok Pt., North Slope |
| 2004 | Three Mile Cr Ut #1 | Aurora Gas | West side of Cook Inlet |
| 2004 | C31-26RD | XTO Energy | Platform C, Middle Ground Shoal |
| 2004 | C22A-26LN | XTO Energy | Platform C, Middle Ground Shoal |
| 2004 | C41-23-LN | XTO Energy | Platform C, Middle Ground Shoal |
| 2005 | Aspen #1 | Aurora Gas | West side of Cook Inlet |
| 2005 | Ahtna #1-19 | Rutter & Wilbanks | Near Glennallen, Interior Alaska |
| 2006 | Long Lake #2 | Aurora Gas | West side of Cook Inlet |
| 2006 | Lone Cr #1 | Aurora Gas | West side of Cook Inlet |
| 2006 | Mobil Moquawkie #1 | Aurora Gas | West side of Cook Inlet |
| 2006 | Nicolai Cr Ut #1B | Aurora Gas | West side of Cook Inlet |
| 2006 | Nicolai Cr Ut #9 | Aurora Gas | West side of Cook Inlet |
| 2006 | Redoubt Unit #1 | Pacific Energy | Osprey Platform |
| 2006 | Endeavour #1 | Aurora Gas | Near Anchor Pt., Kenai Penin. |
| 2007 | Rock Flour #2 | Eni Petroleum | N. Slope, SE of Kuparuk Field |
| 2007 | Rock Flour #3 | Eni Petroleum | N. Slope, SE of Kuparuk Field |
| 2007 | Maggiore #1 | Eni Petroleum | N. Slope, SE of Kuparuk Field |



## STATEMENT OF QUALIFICATIONS

| | | | |
|---|---|---|---|
| 2007 | Sak River #1 | Brooks Range Petroleum | N. Slope, Gwydyr Bay |
| 2007 | North Shore #1 | Brooks Range Petroleum | N. Slope, Gwydyr Bay |
| | | | |
| 2008 | Tofkat #1 | Brooks Range Petroleum | N. Slope, W of Kuparuk Field |
| 2008 | Tofkat #1A | Brooks Range Petroleum | N. Slope, W of Kuparuk Field |
| 2008 | Tofkat #1B | Brooks Range Petroleum | N. Slope, W of Kuparuk Field |
| 2008 | Gubik #3 | Anadarko Petroleum | Brooks Range foothills |
| 2008 | Chandler #1 | Anadarko Petroleum | Brooks Range foothills |
| 2008 | North Fork Unit #34-26 | Armstrong Cook Inlet | Anchor Pt. |
| | | | |
| 2009 | Dewline #1 | UltraStar Exploration | N. Slope, near Pt. McIntyre |
| 2009 | Nunivak #1 | Rampart Energy | Interior Alaska |
| | | | |
| 2010 | W. McArthur R. Ut #5 | Cook Inlet Energy | West side of Cook Inlet |
| 2010 | W. McArthur R. Ut #6 | Cook Inlet Energy | West side of Cook Inlet |
| 2010 | Sak River #1A | Brooks Range Petroleum | N. Slope, Gwydyr Bay |
| 2010 | North Shore #3 | Brooks Range Petroleum | N. Slope, Gwydyr Bay |
| 2010 | W. McArthur R. Ut #7A | Cook Inlet Energy | West side of Cook Inlet |
| 2010 | North Fork Unit #41-35 | Armstrong Cook Inlet, LLC | Near Anchor Pt., Kenai Penin. |
| 2010 | North Fork Unit #14-25 | Armstrong Cook Inlet, LLC | Near Anchor Pt., Kenai Penin. |
| 2010 | North Fork Unit #32-35 | Armstrong Cook Inlet, LLC | Near Anchor Pt., Kenai Penin. |



### STATEMENT OF QUALIFICATIONS

## FULL-SERVICE EXPLORATION WELL UNDER A TURNKEY CONTRACT

SolstenXP entered into a turnkey contract with ARCO Alaska, Inc. (now ConocoPhillips Alaska, Inc) for a full-service drilling program, which culminated in the drilling and evaluation of a remote directional exploration well on the OCS under arctic conditions. The job began with a preliminary site investigation, which was conducted over the ice in mid-winter. Components of this investigation consisted of geotechnical coring and sampling of the seafloor sediments at several locations, geochemical sample collection and bathymetry. This work was followed by a shallow hazard survey the following open-water season that was performed in accordance with MMS Notices and Lessees that govern these operations.

The turnkey contract also included preparation of all required permit applications and the follow-up with various regulatory agencies as the applications were successfully processed. Following permitting, SolstenXP then mobilized the bottom-founded arctic class MODU (Glomar Beaufort Sea I) to the drilling location.  The exploratory well was drilled and evaluated without incident then plugged and abandoned.  Drilling operations were completed ahead of schedule, and the MODU was demobilized during a subsequent open-water season. The turnkey contract was successfully completed with MMS acceptance of final site clearance surveys.





## STATEMENT OF QUALIFICATIONS

## SDC MANAGEMENT AND MOBILIZATION

SolstenXP is the Management Contractor for the Seatankers Management Co. Ltd. SDC (formerly Canmar SSDC).  This vessel, re-commissioned in August 2002, was utilized for drilling of the McCovey exploration well during the 2002/2003 Beaufort Sea winter drilling season. SolstenXP provides management and operations personnel for the drilling vessel including full marine and rig crews.





## STATEMENT OF QUALIFICATIONS

## Infrastructure Construction Project Management

SolstenXP, in conjunction with affiliate Jago Consulting and Management (Jago), has been the Project Manager for Infrastructure and Construction Facilities at Point Thomson in support of ExxonMobil's exploratory drilling campaign. SolstenXP provides engineering, planning, procurement, field supervision, field construction, logistics support and other related services to ExxonMobil for their ice facilities and drill site construction activities. As Project Manager, SolstenXP managed over 140 sub-contractors to build ice roads, manufacture and install a 1.4MM gallon fuel tank farm, coordinate a massive barge lift of over 100 barge loads and everything required to support remote drilling operations.



**STATEMENT OF QUALIFICATIONS**



## Gravel Road and Pad Infrastructure Development

SolstenXP has designed and supervised the construction of gravel roads and pads throughout Alaska, primarily in support of exploration drilling and development operations. These activities often involve mine site development including exploration for gravel as well as permitting for sales and extraction.  Recently, SolstenXP supervised the construction of 3.5 miles of gravel road including installation of bridges for stream crossings and a drilling pad near Nenana, AK. The project permitting included a wetlands survey, USACE Section 404 approval, archaeological review and private landowner agreements.



## STATEMENT OF QUALIFICATIONS





STATEMENT OF QUALIFICATIONS

## Ice Road Construction Management

SolstenXP, in conjunction with our affiliated company Jago Contracting & Management, LLC (Jago), is serving as the EPC contractor for the ExxonMobil PTU ice facilities construction. This work includes sea ice road access, pad upgrades, logistics management, equipment and materials procurement and other duties as required.

Additional ice road construction management activity includes routine ice roads built to support SolstenXP supervised exploration operations for other operators such as UltraStar, Anadarko, Brooks Range Petroleum and Eni. In 2006, SolstenXP served as General Contractor for three exploration wells drilled by Eni which included approximately 30 miles of onshore ice road construction. Likewise, during the 2001/2002 North Slope winter exploration season, SolstenXP acted as project manager for 78 miles of ice road construction for the BP Exploration (Alaska), Inc. trailblazer exploration drilling program. SolstenXP supervised all ice road and pad construction operations including HSE Management, field supervision, cost tracking, daily progress reports and permit compliance.





## STATEMENT OF QUALIFICATIONS

# Pipeline Project Management and Installation

### *Alyeska Pipeline R&M Projects*

SolstenXP has provided project management and HSE oversight for various Alyeska R&M projects including insulated box excavations, cathodic protection upgrades, VSM location and other needs. SolstenXP's staff has also been directly involved in the management of numerous other projects for Alyeska including strategic reconfiguration, surface water management upgrades, mineral mining and Valdez terminal upgrades and maintenance.

### *Badami Pipeline*

SolstenXP staff was directly involved in the project management and execution of the Badami Pipeline while employed at Houston Contracting Company. This project included the installation of 25 miles of 12" oil sales pipeline and utility line on common VSMs. Three buried river crossings were also installed as part of the project.

### *Northstar Pipeline*

SolstenXP staff was also directly involved in the project management and execution of the Northstar Pipeline while employed at Houston Contracting Company. This project included the installation of 17 miles of 10" oil sales pipeline and 16 miles of 10" gas line. Six miles of the oil and gas lines were buried in a common trench offshore with the remainder of the onshore portion on common VSMs. Three buried river crossings were also installed as part of the project.



### STATEMENT OF QUALIFICATIONS

## Well Abandonment

SolstenXP has been contracted to abandon over 100 wells since 1993, many in remote or offshore locations.  A sample of clients and projects follows:

| | |
|---|---|
| Amoco | Chevron |
| Anadarko | Encana |
| AOGCC | Exxon |
| Arco | Palm Energy Partners |
| Amerada Hess | Phillips |
| State of Alaska, BLM | Pioneer |
| BP Amoco | Shell |
| BP Exploration | Texaco |
| Chevron Texaco | Woodward Clyde |

### *Subsea Well Abandonment Rig Sharing (SWARS) Program*

SolstenXP was the management contractor for the SWARS Program, which successfully plugged and abandoned 23 subsea wells on state tidelands off the coast of Santa Barbara County. This work was performed for a consortium of six oil companies who coordinated their individual P&A projects through a multi-operator agreement for the purpose of sharing a jackup rig and support equipment, minimizing environmental impacts, and controlling costs.

As the management contractor, SolstenXP was tasked with facilitating this coordination, final permitting, rig selection and mobilization, contracting for services, program scheduling, field supervision, public interface, regulatory compliance, reporting and interaction with SWARS Management Committee.



## STATEMENT OF QUALIFICATIONS

Program execution work included preliminary site surveys and wellhead inspection, removal of pipeline segments, preparation of wellheads for re-entry, well P&A work, recovery of seafloor debris, salvage and/or disposal of recovered wellhead and pipeline components.

The fieldwork utilized an Adriatic Class jackup rig (mobilized from West Africa) required the extensive use of divers, remotely operated vehicles, precision navigation equipment, and various marine services.  The SWARS Program field work was completed one month ahead of schedule and $5MM below budget.





**STATEMENT OF QUALIFICATIONS**

## GAS FIELD DEVELOPMENT, ONSHORE COOK INLET

SolstenXP has worked with Aurora Gas LLC to develop several west side Cook Inlet gas fields into production.  Project activities have included permitting, recompletion and drilling of wells and installation of production facilities and pipelines.





## STATEMENT OF QUALIFICATIONS

## Remote Location Core Drilling

In 2002 SolstenXP was contracted by Cominco American Incorporated as permitting and technical advisors for the Red Dog Shale Gas Exploration Program wherein a series of core holes were drilled to evaluate the potential for fueling Cominco's Red Dog mining operations in northern Alaska with shale bed methane.  For this work, SolstenXP utilized a Boart Longyear UDR 1500 MK 111 core drill operated by Major Drilling.  The two-year coring and testing program was successfully carried out to the satisfaction of the Operator.

## Platform Installation

SolstenXP participated in the project team that installed Platform Osprey for Forest Oil Corporation in the year 2000.  SolstenXP conducted seafloor investigations, measured tidal currents through the full height of the water column at both the setdown location and on the approach route, and designed and installed instrumentation on the platform jacket that reported detailed real-time measurements of the distance between the bottom of each leg and the seafloor.  During the actual installation operation, SolstenXP coordinated the activities of the tow vessels with oceanographic conditions and predicted the response of the tow (the platform) to effect a "bulls-eye" set down. When the platform legs were on the seafloor and the barge released, SolstenXP monitored progressive leg penetration through several tide cycles using both GPS and tilt meter instrumentation that SolstenXP had installed on the platform.  Once SolstenXP had confirmed that leg penetration had stabilized and the platform was secure, operations were turned over to the pile-driving contractor.



# SolstenXP Management Bio's

### Jesse Mohrbacher, President and CEO

Jesse Mohrbacher has been President of SolstenXP since December 2002.  Since then, he has assembled a management team that has substantially grown the company's income and profitability under his leadership while expanding the scope of services offered to industry.  He began working for a large engineering consulting firm prior to becoming a founding principal of SolstenXP in 1993.  During the last 20 years, his experience in the onshore and offshore upstream oil and gas industry has included drilling engineering and supervision, pipeline engineering and construction, permitting and regulatory affairs, decommissioning, well abandonments, AFE and cost estimation, offshore geophysical operations, project management and other upstream related project functions.  His primary focus in SolstenXP is new project and organizational development to meet the needs of the company's expanding service suite and client base.  Mr. Mohrbacher holds a degree in Chemical Engineering from the University of Minnesota.

### Randy Frazier, Chief Operating Officer

Randy Frazier has over thirty years of experience in the upstream oil and gas business including over 25 years in management positions.  Most of this time was working for BP Exploration.  However, he has also worked for small independents and has run his own rig business in Alaska.  His experience includes production engineering and operations, reservoir engineering, drilling engineering and operations and project management roles for both onshore and offshore developments.  He has worked domestically in Anchorage, Oklahoma City and Houston and internationally in Columbia, Russia, Azerbaijan and Australia.  Mr. Frazier holds a degree in Petroleum Engineering from Oklahoma State University.

### Duane Dudley, Chief Financial Officer

Duane Dudley oversees the financial and administrative service center that supports SolstenXP and Jago Contracting and Management, LLC.  Under his supervision is the Accounting Department, Finance, Insurance & Risk Management and Information Technology as well as other corporate functions, including new ventures evaluation and shared responsibility for corporate benefits administration.  Mr. Dudley spent more than 20 years in various commercial and corporate lending environments.  Prior to joining SolstenXP in 2009, he was responsible for corporate lending functions for Merrill Lynch in the Pacific Northwest.  Mr. Dudley holds a Bachelor of Arts degree in Business Administration from Pacific Lutheran University.

**Bill Penrose, Vice President and Drilling Manager**

Bill Penrose has over thirty years of experience in upstream oil and gas operations.  Mr. Penrose spent fifteen years as a production/reservoir engineer, drilling engineer and drilling supervisor for Mobil Oil Corporation and ARCO Alaska, Inc. before joining SolstenXP in 1995.  His experience includes both engineering and operations, domestic and overseas, onshore and offshore.  Mr. Penrose and his staff manage exploration, development drilling and workover projects for numerous operators in Alaska.  Mr. Penrose holds degrees in Geology (Oregon State University) and Petroleum Engineering (University of Oklahoma).

**Ben Shafsky, Drilling Rig Services Manager**

Ben Shafsky has 39 years experience in drilling rig operations including field work, rig moves, rig management, rig construction, safety systems and operations training. He was the Assistant Operations Manager and then the Operations Manager for 17 years with Doyon Drilling Inc., where he oversaw all phases of drilling company operations, inclusive of: personnel hire, crew scheduling, safety and training, new drilling rig construction and remodel and purchasing & budgeting of R & M related parts and services for each drilling rig. During his tenure with the company he helped develop new and innovative ways of applying new technology to drilling programs and drilling rigs. He assisted in the overall growth of the company from a single rig to a five rig drilling contracting company. Mr. Shafsky holds a degree in Biology from University of Washington.

**Richard Tisch, Business Development Manager**

Richard Tisch has 25 years of experience in the oil and gas business.  His career began with early Prudhoe Bay field development and Trans Alaskan Pipeline construction.  His field experience includes onshore and offshore rig operations, rig construction, all forms of rig transportation, and drilling supervision in field development and exploratory wells.   He has worked with and been a part of the SolstenXP management team since 2002. Past responsibilities and management include; project logistics, operations, permitting and well plug & abandonments. Currently he manages SolstenXP's business development and the professional consulting and staffing department. Mr. Tisch holds a degree in International Politics and Foreign Service from the University of Alaska.

**Tom Redmond, Director of Human Resources**

Tom Redmond has over 30 years of oil field experience and over 20 years of experience in Human Resources.  Mr. Redmond started his oilfield career in 1978 with Gearhart Owen Wireline Services in Alaska and then worked for Camco Products & Services for 14 years.  He spent 10 years in the field as an electric line operator and field engineer performing cased hole and open hole logging operations before moving into management positions for safety and human resources. Subsequently, he worked with two Bristol Bay Native Corporation (BBNC) entities that specialize in oilfield services.  At BBNC he helped start Kakivik Asset Management, LLC, a company that provides non-destructive testing and quality control inspection services. Mr. Redmond holds a Bachelors degree in Psychology from Willamette University, a Masters degree in Human Resource Development from Alaska Pacific University and a current Senior Professional of Human Resources (SPHR) certification from the Human Resource Certification Institute.