# EXHIBIT 7

**Debtors' April 2010 "Offer to Bondholders"
Powerpoint Presentation**

# O&G LEASING, LLC
## IN CONJUNCTION WITH PERFORMANCE DRILLING COMPANY

BONDHOLDER PROPOSAL

FOR DISCUSSION PURPOSES

APRIL 2010



© General Capital Partners 2010 | Proprietary & Confidential



GENERAL CAPITAL PARTNERS



# LEGAL DISCLAIMER

The work product contained in this document is confidential and intended for the sole use of the Receiving Parties. This document is submitted in aid of settlement of disputed matters and is agreed to be subject to Federal Rule of Evidence 408 and all applicable state counterparts to FRE 408.

Permission is given to the Receiving Parties to copy and distribute this document to their respective directors, officers, partners and employees (including, without limitation, attorneys, accountants and consultants), provided, however, that the information shall be given on a "need to know basis."

WHILE GENERAL CAPITAL PARTNERS, LLC HAS EXERCISED ALL DUE EFFORTS TO ENSURE THE INFORMATION IN THIS DOCUMENT IS ACCURATE AND THE WORK PRODUCT PERFORMED WITH REASONABLE CARE IN A DILIGENT AND COMPETENT MANNER, GENERAL CAPITAL PARTNERS, LLC MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION PRESENTED.



2

© General Capital Partners 2010 | Proprietary & Confidential

# TOPICS

- **Executive Summary**
- Company History and Situational Analysis
- Impact to O&G
- Proposal

GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential





# EXECUTIVE SUMMARY

- 2009 Economic and Oil and Gas Industry collapse has threatened O&G's existence
- Cost reductions unable to match the decline in rate per day
- Management has taken appropriate actions to insure long term success and viability
- Capital structure must to be modified to match cash flows and allow for a market return to bondholders
- Without a modification to the bonds the future of O&G, Performance Drilling and 80 families are in jeopardy
- O&G is proposing a resolution that will be beneficial to all debt holders
  - Provides market rate of return
  - Provides bond holders opportunity to participate in upside after meeting budgeted cash flow
  - With market rebound, potential total payments could reach levels to return 2-3 times liquidation to Bond holders
- Alternative solutions are not feasible:
  - Liquidation has a poor return to senior and none to junior Bond Holders
  - Bankruptcy will be costly and contested and will likely last 12-15 months minimum causing delays in payment during case
- **TIME IS OF THE ESSENCE - Reaching a resolution quickly (by May 31, 2010) is in the best interest of all parties**


GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential

4

## TOPICS

- Executive Summary
- **Company History and Situational Analysis**
- Impact to O&G
- Proposal



© General Capital Partners 2010 | Proprietary & Confidential

5

# LIQUIDATION ANALYSIS – NOTES

- Note 1: Other Current Assets are comprised of a CD which secures credit card debt and a bond related to a lawsuit. The CD has value while the bond would not be collectible
- Note 2: The Rigs FLV is made up of:
  - Valuation completed by reputable 3rd party and validated by other industry data
  - Rig 48 which is security to Washington State Bank - $2.6MM
  - Additions to all Rigs funded by Octane - $1.6MM
  - Rigs 3, 14, 22 and 28 funded by the bonds - $10.0MM
- Note 3: A PDC liquidation would be separate from O&G and would only generate cash after all PDC liabilities are satisfied
- Note 4: Secured creditors are comprised of:
  - Washington State Bank
  - Property Taxes
  - Sales Taxes
  - Credit Card Debt Secured by CD


© General Capital Partners 2010 | Proprietary & Confidential

# COMPANY HISTORY

- O&G began building rigs in 2006
- Management has over 200 years in oil & gas industry
- O&G Leases its Rigs to 100% owned subsidiary, Performance Drilling
- Performance's core business area of operations is Arkansas, Florida, Alabama, Mississippi, Louisiana and East Texas
- Company employs 3 full time sales people each with significant Oil and Gas experience

6

© General Capital Partners 2010 | Proprietary & Confidential



## SITUATION ANALYSIS



- Through 2008, 4 rigs were built and a fifth was bought and upgraded
- Rigs were financed by a combination of:
  - Bonds
    - Senior -      $25,955,000
    - Junior -      $ 7,610,000
  - Bank Debt -     $ 4,605,845
  - Private Debt -  $ 4,222,847
  - Equity -        $ 2,170,000
- Through 2009, company made all scheduled debt service payments

7

© General Capital Partners 2010 | Proprietary & Confidential





# Rigs Deployed

| Rig # | 22 | 48 | 3 | 14 | 28 |
|---|---|---|---|---|---|
| Description | HRI 800 Heartland | HRI 800 Heartland | HRI 800 Heartland | National 80 Type Full Circle | Gardner Denver 1100 Full Circle 500-ton Top Drive |
| Horsepower | 1,000 | 1,000 | 1,000 | 1,200 | 1,500 |
| Depth-TMD (feet) | 12,500 | 12,500 | 12,500 | 15,000 | 18-20,000 |
| Drill Pipe | 4 1/2" | 4 1/2" | 4 1/2" | 4 1/2" | 5" |
| Type | Mechanical | Mechanical | Mechanical | Mechanical | Electric |
| First Mobilization | Nov. 2006 | March 2007 | Sept. 2007 | June 2008 | Dec. 2008 |

8



© General Capital Partners 2010 | Proprietary & Confidential

## SITUATION ANALYSIS–SEISMIC SHIFT IN 2009

9

- Major shift in economics of industry:
  - Oil and Gas pricing declined 40% - 60%
  - Credit market collapse led to many operators to cease any drilling
  - Average land rig count declined 42% from 2008
  - Average land rig utilization fell to 41% from 80% in 2008
  - 2010 projected national utilization to barely reach 50%
  - With a surplus of higher horse power rigs in market, decisions are being made on cost, proximity of rigs and ability to service quickly if needed
  - Extremely competitive drilling market has caused day rates to dramatically decrease

Source: rigzone.com



GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential