# U.S. Land Rig Metrics

**NOTE:** O&G's last two rigs came online just as the price of Natural Gas was at all time high corresponding in a dramatic drop in overall demand for RIG's

**Rigs #14 and #28 come online**

**Rigs #22, #48 and #3 come online**

U.S. Natural Gas Price ($'s per Thousand Cubic Feet)

U.S. Land Rig Count vs Rig Utilization

— Rig Count  — % Rig Utilization  * O&G Utilization

Sources:
Rigzone.com
National Gas Index

© General Capital Partners 2010 | Proprietary & Confidential

GENERAL CAPITAL PARTNERS

## TOPICS

- Executive Summary
- Company History and Situational Analysis
- **Impact to O&G**
- Proposal



© General Capital Partners 2010 | Proprietary & Confidential

# IMPACT TO O&G

- Impact to O&G/Performance
  - 3 rigs currently not in use:
    - 2008 utilization        90.3%
    - 2009 utilization        52.3%
    - 2010 YTD utilization    49.8% (Projected to be 60% for 2010 as a 3rd rig has recently been put to work)
- Average day rate for 1000 HP rigs down 35% from 2008 levels to $11K per day
- Increases in receivable balances and days sales outstanding impacted cash flow in 2009
- Revenue projected to be down 11% in 2010 and EBITDA down 50% mainly driven from rate per day on 1000 HP rigs
- Projected cash flows not sufficient to support existing debt service
- Current EBITDA leverage ratio of 14 to 1 not sustainable

© General Capital Partners 2010 | Proprietary & Confidential

12



GCHP
GENERAL CAPITAL PARTNERS

## 2009 CASH FLOW

| | Amount in (000s) |
|---|---|
| EBITDA | $ 5,848 |
| Proceeds from Borrowings – Octane | $ 772 |
| Other Debt Proceeds | |
|   Equipment Suppliers | $ 428 |
|   Insurance Note | $ 896 |
| | $ 1,324 |
| Debt Payments | |
|   Bondholders | $ (2,228) |
|   Washington State Bank | $ (950) |
|   Insurance Note | $ (919) |
|   Other | $ (466) |
| | $ (4,563) |
| Capital Expenditures | $ (828) |
| Working Capital Change | $ (2,367) |
| Net Cash Change | $ 186 |
| Cash at Beginning of Year | $ 217 |
| Cash at End of Year | $ 403 |

GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential

13



# MANAGEMENT ACTIONS

Management actions to date

- Secured 2 contracts that go longer than one year
  - Working to secure additional business for other Rigs
    - In Q2 Performance began working on a multi-well day work contract for a third rig
    - Company has also signed a multi-well contract for a fourth rig
  - Actively bidding 4-5 new opportunities a week
  - Added additional sales expertise
- Reduced expenses per day by 8%
- Reduced staffing in Q1 2010 by 21%
- Engaged General Capital Partners to assess and advise on strategic alternatives:
  - Work solely with distressed companies since 2002
  - Principals collectively have over 300 engagements
  - Total debt restructured in excess of $5 billion
  - Working with all major debt holders to gain support for modified capital structure

**Significant change in debt structure required to insure return to bond holders**

© General Capital Partners 2010 | Proprietary & Confidential

GCP
GENERAL CAPITAL PARTNERS

14

15

## TOPICS

- Executive Summary
- Situational Analysis
- Impact to O&G
- **Proposal**



© General Capital Partners 2010 | Proprietary & Confidential

# OFFER TO BOND HOLDERS

- Create debt structure which allows for:
  - Better than market rate return to Bond Holders
  - Sharing in upside potential
  - Cash flow to service non bond debt
  - Build reserves to support bond retirement
  - Allow for continued employment of 80 families
- Exchange current bonds for new issue:

|  | Current | New |
|---|---|---|
| Senior | $26.0MM @ 10.5% | $11.0MM @ 7.5% |
| Junior | 7.6MM @ 16.0% | |
| Additional Annual Distribution | NA | Annually 35% of Cash Flow After Budgeted Cash to Retire Bonds is Achieved |
| Maturity | 2013 | 2020 |
| Interest payment to begin | | Sept 2010 |




GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential

16

## BUDGETED CASH FLOWS 2010-2020

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash Flows Before Debt Service | 1,869 | 1,906 | 2,108 | 2,331 | 2,586 | 2,867 | 3,183 | 3,546 | 3,953 | 4,412 | 4,928 |
| Debt Service Bondholders | (413) | (825) | (825) | (825) | (825) | (825) | (825) | (825) | (825) | (825) | (825) |
| Debt Service Bank | (491) | (235) | (704) | (704) | (704) | (704) | (704) | (704) | (704) | (704) | (704) |
| Debt Service Octane | (106) | (127) | (127) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) |
| Total Debt Service | (1,010) | (1,187) | (1,656) | (2,199) | (2,199) | (2,199) | (2,199) | (2,199) | (2,199) | (2,199) | (2,199) |
| Cash Available to Retire Bonds | 860 | 719 | 452 | 132 | 387 | 668 | 984 | 1,347 | 1,754 | 2,213 | 2,729 |

Additional annual distribution to be made of 35% of cash generated after budgeted cash available to retire bonds



GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential

17

# EXAMPLE OF POTENTIAL ADDITIONAL ANNUAL PAYMENT

## Example of Bondholder Participation in the Improvement of Market Conditions

4 Rigs Operating on Spot Market Day Work Rates (365 Days)

| | | |
|---|---:|---:|
| Days Available for Drilling | | 1,460 |
| Current Day Work Rate | $ 11,000 | |
| Improved Market Conditions Day Work Rate Increases to 2008 Amounts | $ 15,000 | |
| Daily Improvement/Difference | $ 4,000 | |
| Proposed Bondholder Participation (35%) of Increased Day Work Rate | | $ 1,400 |
| Potential Additional Annual Return To Bondholders | | $ 2,044,000 |
| Additional Return | | 19% |

Note: The day rate increase is used for example purposes only. The actual cash generated for the year must be in excess of the budgeted cash generated which is required to retire the bonds


GENERAL CAPITAL PARTNERS

© General Capital Partners 2010 | Proprietary & Confidential

18

# OFFER ANALYSIS



- O&G's offer is much superior to a Liquidation or Chapter 11 Bankruptcy - neither of which is in the best interest of the Bond Holders
  - O&G's offer includes premium of 10% over liquidation plus a 35% annual distribution of excess cash flow above the budgeted cash flow
  - With a strong market rebound, the Bond Holders could realize the current face value of bonds
  - Liquidation is expensive will not realize the face values of the bonds or more
    - Timing of liquidation is unknown during which bondholders will receive no payments
    - Forced liquidation will trigger litigation
    - Subordinated Bond Holders will receive no recovery
  - Analysis does not include cost of bankruptcy which will erode value further
    - Fees and costs to the estate will exceed $100k per month
    - Could last 12-15 months minimum with no recovery while case is pending
    - Offer may be different or not available under a bankruptcy
- **Time is of the essence to reach a resolution by May 31, 2010 for the benefit of all**
- The O&G offer will address current lien issues which will be contested in a bankruptcy filing

19



© General Capital Partners 2010 | Proprietary & Confidential

# LIQUIDATION ANALYSIS

## Asset Analysis O&G

| | Note | Book Value as of Jan 2010 | Hypothetical Percentage Recovery | Estimated Liquidation Value |
|---|---|---|---|---|
| Cash | 1 | $ 23,166 | 100% | $ 23,166 |
| Other Current Assets | | 211,593 | 43% | 90,497 |
| Total Current Assets | | 234,759 | | 113,663 |
| | | | | |
| Rigs | 2 | 45,031,688 | | 14,160,256 |
| Transportation and Office Equipment | | 21,000 | 12% | 2,500 |
| Accumulated Depreciation | | (6,255,781) | | |
| | | 38,796,907 | | 14,162,756 |
| | | | | |
| Intangibles | | 123,670 | 0% | -- |
| Debt Issuance | | 2,298,696 | 0% | -- |
| | | 2,422,366 | | |
| | | | | |
| Total Assets | | 41,454,032 | | 14,276,419 |
| | | | | |
| Cost of Liquidation | | | | (356,910) |
| Assets Available for Distribution | | | | 13,919,509 |
| Net Assets Available from PDC after Liquidation | 3 | | | 812,378 |
| Net Assets to support claims | | | | 14,731,887 |
| | | | | |
| Net Assets to support claims | | | | 14,731,887 |
| Secured Creditors | 4 | | | 2,875,400 |
| Assets Available for Unsecured | | | | 11,856,487 |
| Unsecured Claims | | | | 42,911,045 |
| Percent Payout | | | | 27.6% |

20

© General Capital Partners 2010 | Proprietary & Confidential

GCP
GENERAL CAPITAL PARTNERS