UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

O & G Leasing, LLC                                                                  CASE NO. 10-01851-EE

                                                                                    CHAPTER 11
    **DEBTOR**.

ORDER FIXING TIME FOR HEARING ON THE
DISCLOSURE STATEMENT COMBINED WITH NOTICE THEREOF

The Court, having considered the proposed Disclosure Statement to the Indenture Trustee's Chapter 11 Plan for O & G Leasing, LLC and Performance Drilling Company, LLC filed by Stephen Rosenblatt on July 26, 2011, (Dkt #425), pursuant to §1125(b), it is;

**ORDERED** that a copy of the proposed Disclosure Statement and Indenture Trustee's Chapter 11 Plan (Dkt. #423) shall be transmitted to all creditors, shareholders and parties in interest; and it is further;

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** a hearing shall be held on **TUESDAY the 23RD day of AUGUST, 2011  at 1:30 P.M.** in the **United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Room 106, Jackson, Mississippi**, to consider and to rule on the adequacy of the information contained in the proposed Disclosure Statement and to hear any other matters properly before the Court; and it is further**;**

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** any person objecting to the adequacy of the information contained in said Disclosure Statement or desiring to propose modifications thereto shall submit such objections or proposed modifications to the Court, in writing, on or before the **16TH Day of August, 2011,** and shall serve a copy thereof upon  Stephen Rosenblatt, Esq.,  Post Office Box 6010, Ridgeland MS 39158.

**ORDERED** that Stephen Rosenblatt .shall cause to be mailed a copy of this Order to each creditor, shareholder and party in interest along with a copy of the proposed Disclosure Statement and proposed Indenture Trustee's chapter 11 Plan.

**ORDERED** that this mailing be completed within **7** days from the date of the entry of this Order and Stephen Rosenblatt shall file a Certificate of Service with the Court.

SO ORDERED.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: July 26, 2011