## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    O & G LEASING, LLC, *et. al.* | CASE NO.    10-01851-ee |
| | CHAPTER    11 |
| DEBTORS | JOINTLY ADMINISTERED |

**UNITED STATES TRUSTEES MOTION FOR ENLARGEMENT OR EXTENSION OF TIME TO OBJECT TO OR OTHERWISE RESPOND TO FIRST FEE APPLICATION OF SUMMIT GROUP PARTNERS, FOURTH FEE APPLICATION OF LEFOLDT & COMPANY, FOURTH FEE APPLICATION OF MCCRANEY MONTAGNET & QUINN, PLLC AND FOURTH FEE APPLICATION OF YOUNG WILLIAMS P.A.**

Comes now Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 (hereinafter "UST"), by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 9006(b)(1) and files this Motion for Enlargement or Extension of Time to Object to or Otherwise Respond to the First Fee Application of Summit Group Partners (Dkt. # 417), the Fourth Fee Application of Lefoldt & Company (Dkt. #418), the Fourth Fee Application of McCraney Montagnet & Quin, PLLC. (Dkt. #419) and the Fourth Fee Application of Young Williams P.A. (Dkt. #420) in the above styled and numbered cause, and in support thereof will show unto the Court as follows, to wit:

1.    On May 21, 2010, O&G Leasing, LLC (hereinafter "O&G") and Performance Drilling Company, LLC (hereinafter "Performance") filed petitions for relief pursuant to 11 U.S.C. chapter

11.[1]  Subsequent thereto, O&G and Performance have continued the operation of their businesses as a debtors-in-possession pursuant to 11 U.S.C. § 1107(a).

2. On July 21, 2011, Summit Group Partners, Lefoldt & Company, McCraney Montagnet & Quin, PLLC., and Young Williams P.A. filed interim applications for compensation and reimbursement of expenses.  August 11, 2011, is the deadline to object to or otherwise respond to said applications.

3. On August 3, 2011, Washington State Bank (hereinafter "WSB") filed its objection to the July 21, 2011, applications.[2]  WSB raises a number of issues in its objection including the lack of disinterestedness and/or conflicts of interest and the adequacy of disclosure required by Fed. R. Bankr. P 2014.

4. In view of the issues raised by WSB, the UST requests additional time to object to or otherwise respond to the July 21 applications.

5. This request is not for the purpose of harassment or delay.

6. Granting of the request will not prejudice any party in interest.[3]

---

[1]On May 27, 2010, the Court entered its Order Granting Motion for Joint Administration for the two bankruptcy cases with O&G being the lead case.  *See* Dkt. # 34.

[2]*See* Dkt. # 435.

[3]Pursuant to the Court's July 21, 2010, Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Dkt. # 129) O&G and/or Performance is authorized to pay professionals 80% of their fees and 100% of their expenses on a monthly basis provided certain parties do not contest the fees and/or expenses in the manner set

WHEREFORE, the UST prays for an order granting the UST until and including August 22, 2011, to object to or otherwise respond to the applications referred to herein.

The UST further prays for all general and equitable relief to which entitled.

Respectfully Submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: */s/ Ronald H. McAlpin*
RONALD H. McALPIN

RONALD H. McALPIN (MSB #2182)
Assistant U. S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-5247
Fax: (601) 965-5226
Email: ronald.mcalpin@usdoj.gov

---

forth in the order. Professional fees and reimbursement of expenses remain subject to the normal fee application process and approval by the Court.

**CERTIFICATE OF SERVICE**

I, Ronald H. McAlpin, Assistant U. S. Trustee, do hereby certify theat a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U. S. Mail at the address listed below or by the Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

Douglas C. Noble
McRaney Montagnet & Quin, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
Email:dnoble@mmqlaw.com

Date: August 5, 2011        */s/ Ronald H. McAlpin*
                            Ronald H. McAlpin
                            Assistant U. S. Trustee