# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | **O & G LEASING, LLC,** *et. al.* | **CASE NO.**    10-01851-ee |
| | | **CHAPTER    11** |
| | **DEBTORS** | **JOINTLY ADMINISTERED** |

---

**ORDER GRANTING UNITED STATES TRUSTEES MOTION FOR ENLARGEMENT OR EXTENSION OF TIME TO OBJECT TO OR OTHERWISE RESPOND TO FIRST FEE APPLICATION OF SUMMIT GROUP PARTNERS, FOURTH FEE APPLICATION OF LEFOLDT & COMPANY, FOURTH FEE APPLICATION OF MCCRANEY MONTAGNET & QUINN, PLLC AND FOURTH FEE APPLICATION OF YOUNG WILLIAMS P.A.**

---

This matter came on for hearing on the United States Trustee's Motion for Enlargement or Extension of Time to Object to or Otherwise Respond to the First Fee Application of Summit Group Partners, the Fourth Fee Application of Lefoldt & Company, the Fourth Fee Application of McCraney Montagnet & Quin, PLLC and the Fourth Fee Application of Young Williams P.A. (Dkt. #    ) and the Court having considered same finds that the UST's motion is well taken and should be granted, therefore,

**IT IS ORDERED** that the UST shall be and is hereby granted to and including August 22, 2011, to object to or otherwise respond to the applications referred to herein.

**SO ORDERED.**

**Prepared and submitted by:**
Ronald H. McAlpin (MSB #2182)
Assistant U. S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone: (601) 965-5247
Fax: (601) 965-5226
Email: ronald.mcalpin@usdoj.gov