ABANDONMENT AND REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION (DKT.#178) AND (3) RESPONSE TO WASHINGTON STATE BANK'S MOTION FOR ABANDONMENT AND REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION FILED BY THE DEBTORS AND DEBTORS-IN-POSSESSION is hereby continued and reset for **TUESDAY, SEPTEMBER 6, 2011,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** on August 12, 2011.

_____
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**