UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                              CASE NO. 10-1851ee

O & G LEASING, LLC                                                                               CHAPTER 11

## 2ND CORRECTED ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) MOTION FOR ABANDONMENT AND REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION FILED BY WASHINGTON STATE BANK (DKT.#142), (2) RESPONSE AND LIMITED OBJECTION OF FIRST SECURITY BANK, AS TR. TO WASHINGTON STATE BANK'S MOTION (DKT.#178) AND (3) RESPONSE TO WASHINGTON STATE BANK'S MOTION FOR ABANDONMENT & REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALT.,, MOTION FOR ABANDONMENT FILED BY THE DEBTORS AND DEBTORS-IN-POSSESSION (Dkt. #179) and the Court having considered the facts herein, finds that the hearing on AUGUST 9, 2011, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) MOTION FOR ABANDONMENT AND REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION FILED BY WASHINGTON STATE BANK (DKT.#142), (2) RESPONSE AND LIMITED OBJECTION OF FIRST SECURITY BANK, AS TR. TO WASHINGTON STATE BANK'S MOTION (DKT.#178) AND (3) RESPONSE TO WASHINGTON STATE BANK'S MOTION FOR ABANDONMENT & REQUEST FOR TERMINATION OF SECTION 362 AUTOMATIC STAY OR, IN THE ALT., MOTION FOR ABANDONMENT FILED BY THE DEBTORS AND DEBTORS-IN-POSSESSION (DKT.#179) is hereby continued and reset for **TUESDAY, SEPTEMBER 6, 2011, at 1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** on August 16, 2011.         _/s/ Edward Ellington_

                                                                                                         EDWARD ELLINGTON

                                                                                                         U. S. BANKRUPTCY JUDGE