**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                CASE NO.  10-01851ee

**O & G LEASING, LLC**                                            CHAPTER 11

### ORDER RESETTING

THIS CAUSE having come on this date on the (1) DISCLOSURE HEARING ( DKT.#408), (1a) OBJECTION FILED BY SECURITY BANK (DKT.#460) (1b) JOINDER BY WASHINGTON STATE BANK (DKT.#462) (1c) MOTION TO STRIKE DKT.#462 FILED BY DIP (DKT.#465)(1d) RESPONSE TO DEBTOR'S MOTION TO STRIKE FILED BY WASHINGTON STATE BANK (DKT.#469)  (2) MOTION TO APPROVE EMPLOYMENT OF VOTING AGENT AND SOLICITATION PROCEDURES (DKT.#409), (3) MOTION TO PROHIBIT USE OF CASH COLLATERAL (DKT.#434), (4) OBJECTION TO FEE APPLICATIONS OF SUMMIT GROUP (#417); LEFOLDT & Co. (#418) AND DEBTOR'S ATTY. (#419 & #420) FILED BY WASHINGTON STATE BANK (DKT.#435) AND (4a) SUPPLEMENT FILED BY DEREK A. HENDERSON - DKT.#444 (5) MOTION TO CONVERT TO CHAPTER 7 OR IN THE ALTERNATIVE, MOTION TO APPOINT TRUSTEE FILED BY CREDITOR, WASHINGTON STATE BANK (DTK#436), (6) MOTION FOR SCHEDULING AND STATUS CONFERENCE (DKT.#440) AND OBJECTION BY FIRST SEC. BANK (DKT.#454) (7) MOTION FOR AN ORDER ESTABLISHING SALES PROCEDURES FILED BY FIRST SECURITY BANK (DKT.#441) AND RESPONSE BY WASHINGTON STATE BANK (DKT.#458) (8) U. S. TRUSTEE'S MOTION FOR ENLARGEMENT OR EXTENSION OF TIME TO OBJECT TO OR OTHERWISE RESPOND TO FIRST FEE APPLICATION OF SUMMIT GROUP PARTNERS, FOURTH FEE APPLICATION OF LEFOLDT & COMPANY, FOURTH FEE APPLICATION OF MCRANEY MONTAGNET & QUIN, LLC AND FOURTH FEE APPLICATION OF YOUNG WILLIAMS, P.A. (Dkt. #442) and the Court having considered

the facts herein, finds that the hearing on AUGUST 23, 2011, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DISCLOSURE HEARING ( DKT.#408), OBJECTION FILED BY SECURITY BANK (DKT.#460) JOINDER BY WASHINGTON STATE BANK (DKT.#462) MOTION TO STRIKE DKT.#462 FILED BY DIP (DKT.#465) AND RESPONSE TO DEBTOR'S MOTION TO STRIKE FILED BY WASHINGTON STATE BANK (DKT.#469) (2) MOTION TO APPROVE EMPLOYMENT OF VOTING AGENT AND SOLICITATION PROCEDURES (DKT.#409), (3) MOTION TO PROHIBIT USE OF CASH COLLATERAL (DKT.#434), (4) OBJECTION TO FEE APPLICATIONS OF SUMMIT GROUP (#417); LEFOLDT & Co. (#418) AND DEBTOR'S ATTY. (#419 & #420) FILED BY WASHINGTON STATE BANK (DKT.#435) AND SUPPLEMENT FILED BY DEREK A. HENDERSON - DKT.#444 (5) MOTION TO CONVERT TO CHAPTER 7 OR IN THE ALTERNATIVE, MOTION TO APPOINT TRUSTEE FILED BY CREDITOR, WASHINGTON STATE BANK (DTK#436), (6) MOTION FOR SCHEDULING AND STATUS CONFERENCE (DKT.#440) AND OBJECTION BY FIRST SEC. BANK (DKT.#454) (7) MOTION FOR AN ORDER ESTABLISHING SALES PROCEDURES FILED BY FIRST SECURITY BANK (DKT.#441) AND RESPONSE BY WASHINGTON STATE BANK (DKT.#458) (8) U. S. TRUSTEE'S MOTION FOR ENLARGEMENT OR EXTENSION OF TIME TO OBJECT TO OR OTHERWISE RESPOND TO FIRST FEE APPLICATION OF SUMMIT GROUP PARTNERS, FOURTH FEE APPLICATION OF LEFOLDT & COMPANY, FOURTH FEE APPLICATION OF MCRANEY MONTAGNET & QUIN, LLC AND FOURTH FEE APPLICATION OF YOUNG WILLIAMS, P.A.  (Dkt. #442) is hereby continued and reset for **TUESDAY, SEPTEMBER 6, 2011,** at **1:30 O'CLOCK P.M.**

**SO ORDERED** on August 26, 2011.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**