**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   O&G Leasing, LLC                                              Case No.: 10–01851–ee

Chapter 11

**To: All Persons of Record at Hearing/Trial**

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **October 6, 2011** (Dkt. # 553) regarding a hearing/trial held on **September 28, 2011** (Dkt. #497).

The parties have until **October 13, 2011** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **October 27, 2011**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **November 7, 2011**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **January 4, 2012**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***Teri B. Norton, RMR, FCRR, RDR; at 228–563–1748***, or you may view the transcript at the clerk's office public terminal.

Dated: 10/6/11                                              Danny L. Miller
                                                            Clerk, U. S. Bankruptcy Court
                                                            501 East Court Street, Suite 2.300
                                                            P.O. Box 2448
                                                            Jackson, MS 39225–2448

                                                            601–608–4600